# EXHIBIT S14 TO DECLARATION OF STEPHEN G. SCHWARZ IN SUPPORT OF PLAINTIFFS' MOTION FOR CLASS CERTIFICATION

Complainant's
Exhibit No.    **8**

## STATUS REVIEW
### FLUOROCHEMICALS IN BLOOD
5/22/79, PGG

On May 30, 1978, 3M informed Du Pont of findings of
organic fluorocarbons in blood of employees exposed to
long-chain perfluoro surface-active materials.  Organic
fluoride blood levels of 1 to 71 ppm were found.  Higher
blood levels were associated with operations where
airborne mists or dusts generated were in range of
48-81 ppm.  3M reports that some trace level of organic
fluorine in humans is apparently normal, i.e. less than
1 ppm.

Du Pont Program and Status

| Item | Status |
|------|--------|
| **Communication** | |
| 1. Inform affected C.W. employees of 3M information. | Complete 6/27/78 |
| **Toxicity** | |
| 1. Haskell 10-Day Subacute Feeding Tests for MPD-5004 (homolog mixture of ammonium perfluoroalkyl carboxylates); perfluoroalkyl methacrylates (ZFM, TLF-1837); "Teflon" CSF Carpet Protector (TLF-4113-D); Zonyl BA (Telomer B Alcohol, TLF-1847); Zonyl FSC (TLF-3635C); Zonyl FSN (TLF-4714C); Zonyl FSD (TLF-3176); Zonyl Tela (Telomer A, TLF 4187). | Complete |
| 2. Analysis of rat blood | Done for rats fed Zonyl FSN and Zony BA. |
| **Medical Program** | |
| 1. Review all current operations and industrial hygiene controls to insure that the potentials for exposures are properly controlled. | Complete |
| 2. Identify all employees who currently work or have worked jobs in which there is or was potential for exposure to fluorochemicals. | Complete |
| 3. Review the medical records of all such persons still employed by Du Pont, looking for consistent or unusual health occurrences or trends. | Complete |

AJP001456

EID080271

, 000143

|   |   |   | Status |
|---|---|---|---|
| 4. | Obtain blood fluorochemical levels on persons who have never had potential for occupational exposure to fluorochemicals to establish background levels for a baseline. | | Complete |
| 5. | Obtain blood fluorochemical levels on representative employees with various potentials for exposures to various fluorochemicals. | | Complete for 55 c 199 employees. |
| 6. | Review the physical findings of the workers examined for consistent or unusual health occurrences or trends. | | Complete |
| 7. | If the period of potential exposure has been of sufficient duration and there is a sufficient number of employees, an epidemiologic study of the mortality of the cohort identified may be considered.  A determination can be made of the likelihood of having a meaningful study after the number of previously exposed employees is determined. | | To be decided |

• Program Cost to Date

| | | | |
|---|---|---|---|
| | Program Cost to Date | Total | $149,400 |
| 1. | Toxicity Testing | MR-3089 | 17,000 |
| | | MR-3187 | 27,400 |
| | | Total | $ 44,400 |
| 2. | Blood Analysis (Additional blood analysis, ~$500 each) | | $105,000 |

AJP001457

EID080272

000144

# CHAMBERS WORKS

## FLUOROCHEMICALS IN BLOOD STUDY

(1)  RESULTS OF STUDY — LEVELS OF FLUORINE IN THE BLOOD OF
     CHAMBERS WORKS EMPLOYEES.  (INORGANIC AND LOW VOLATILITY
     ORGANIC FLUORINE)

(2)  INDUSTRIAL HYGIENE SURVEY
   - MANUFACTURE OF TELOMER B ALCOHOL
   - MANUFACTURE OF ZEPEL® FLUOROMONOMER, ZONYL® FSN, RP,
     FSE, FSP, UR

R. D. RICHARDSON/AMB
18 MAY 1979

AJP001458

EID080273

000145

## ORGANIC FLUORINE IN BLOOD

| GROUP (SAMPLE SIZE) | PPM ORGANIC FLUORINE* |
|---|---|

### 3M DATA

| | |
|---|---|
| GENERAL POPULATION (106) | 0.002 TO 0.13 [0.02]** |
| PLANT OFFICE WORKER | 0.01 TO 0.06 |
| PLANT WORKER – GENERAL | 0.13 TO 1.18 |
| PLANT WORKER – LONG SERVICE IN F/C AREA | |
| NEWER PLANT | 0.9 TO 9.1 |
| OLDER PLANT | 5.9 TO 71 |

### DU PONT DATA

| | |
|---|---|
| WILMINGTON CONTROL GROUP (25) | (23 OF 25)  0 – 0.38  *** [0.094] |
| CHAMBERS WORKS GROUP (55) | (54 OF 55)  0 – 0.37  **** [0.15] |

### CONCLUSIONS

- CHAMBERS WORKS EMPLOYEES DO NOT HAVE ELEVATED LEVELS OF ORGANIC FLUORINE IN THEIR BLOOD AS WAS REPORTED FOR 3M WORKERS.
- THE MEAN VALUE FOR CHAMBERS WORKS EMPLOYEES WAS SLIGHTLY HIGHER THAN THE WILMINGTON CONTROL GROUP [0.15 VERSUS 0.094], BUT ALL VALUES ARE CONSIDERED TO BE "NORMAL" (<1 PPM) EXCEPT ONE VALUE IN THE WILMINGTON CONTROL GROUP (10.6 PPM).

* BY DIFFERENCE BETWEEN TOTAL AND INORGANIC FLUORINE

** [MEDIAN VALUES]

*** EXCEPT 2 VALUES 10.6; 0.78

**** EXCEPT 1 VALUE  0.89 PPM

AJP001459

EID080274

000146

## CHAMBERS WORKS FLUOROCHEMICALS COHORT

- CHAMBERS WORKS EMPLOYEES WERE IDENTIFIED WHO
  - (1) HAVE HAD JOB ASSIGNMENTS WITH POTENTIAL FOR EXPOSURE
  - (2) ARE STILL ACTIVE OR ARE READILY AVAILABLE ON SITE
- BLOOD SAMPLES TAKEN AT REGULARLY SCHEDULED PHYSICAL EXAMINATION

| JOB ASSIGNMENT | LOCATION | NUMBER IDENTIFIED | NUMBER CHECKED TO DATE | (%) |
|---|---|---|---|---|
| R & D | JACKSON LAB. TECHNICAL LAB. | 50 | 18 | (36) |
| DEVELOPMENT MANUFACTURING | SPEC. CHEM. WEST | 36 | 6 | (17) |
| MANUFACTURING | SPEC. CHEM. EAST | 84 | 26 | (31) |
| | OTHER | 29 | 5 | (17) |
| | | 199 | 55 | (28) |

- INFORMAL CHECK WITH SUPERVISION INDICATED THAT GROUP (55) SAMPLED WAS REPRESENTATIVE OF COHORT (199).

AJP01460

EID080275

000147

# CONCLUSIONS - INDUSTRIAL HYGIENE SURVEY

A) TELOMER B ALCOHOL AND ZFM MANUFACTURE

1) ENVIRONMENTAL MONITORING DATA SUGGESTED CONDITIONS IN THE MANUFACTURING FACILITIES TO BE NORMALLY <5 MG/M$^3$ TBA (8 HRS.). HOWEVER, EXCURSIONS TO RAISE THIS LEVEL TO 30 TO 40 MG/M$^3$ TBA (8 HRS.) HAVE BEEN OBSERVED ON MULTIPLE OCCASIONS.

2) ADDITIONAL ENVIRONMENTAL MONITORING REQUIRED TO IDENTIFY EXPOSURE SOURCES AND DEFINE POTENTIAL EXPOSURE LEVELS. (IN PROGRESS)

3) MOST PROBABLE EXPOSURE SOURCES ARE DRUMMING AND DEDRUMMING FACILITIES, AND TO A LESSER EXTENT SAMPLING EQUIPMENT AND PROCEDURES.

4) DRUMMING, DEDRUMMING AND SAMPLING FACILITIES ARE OF A LOW STANDARD FOR CONTAINMENT BY ENGINEERING CONTROLS. (NOT ENCLOSED, NO LOCAL VENTILATION)

5) A CONTRIBUTING FACTOR IS THAT THE FACILITIES ARE ENCLOSED IN A BUILDING. PROMPT ELIMINATION OF PROCESS LEAKS AND MAINTAINENCE OF VENTILATION IS ESSENTIAL.

B) TELOMER B ALCOHOL USE AREAS

LIMITED, AVAILABLE, ENVIRONMENTAL DATA SUGGEST THE POTENTIAL FOR EXPOSURE TO TBA (AND ZONYL® FSN) TO BE LOW.

AJP001466

000148     EID080281

## RECOMMENDATIONS

1) DISCONTINUE PROGRAM TO DETERMINE FLUORINE IN BLOOD.

2) ADVISE EMPLOYEES THAT BLOOD ANALYSIS PROGRAM HAS BEEN DIS-
CONTINUED DUE TO UNIFORMLY FAVORABLE RESULTS.

3) UPGRADE FACILITIES, IF REQUIRED, TO MEET HASKELL LABORATORY
EXPOSURE LIMIT GUIDELINES WHEN THESE ISSUE.

18 MAY 1979

AJP001467

000149

EID080282

## SUMMARY OF SUBACUTE TESTS WITH FLUOROCHEMICALS

| Compound | Report # | (mg/kg/day) | Mortality | Observations at 14 Days | Observations at 28 Days | (mg/kg) ALD | (mg/kg) LD50 |
|---|---|---|---|---|---|---|---|
| TLF-2634 | 216-68 | 2250 | 0/5 | ↑ liver weight degenerative liver changes reversible histologic kidney changes mild gastroenteritis | persisted ↑ in severity ↑ in severity | | |
| "Zonyl" RP | 244-71 | 2250 | 0/6 | ↑ liver weight reversible histologic liver changes | returned to normal persisted | 1100 | |
| "Zonyl" RP, ammonium salt | 245-71 | 2200 | 0/6 | ↑ liver weight reversible histologic liver changes | returned to normal persisted | 2250 | |
| "Zonyl" RP, ammonium salt of low homolog | 246-71 | 2200 | 0/6 | ↑ liver weight reversible histologic liver changes | persisted with only slight recovery persisted | | |
| "Zonyl" RPA | 157-78 | 90 45 | 6/10 0/10 | reversible histologic changes in: GI tract, spleen thymus, bone marrow liver, testes | returned to normal good but incomplete recovery persisted with only slight recovery | | 421 |
| "Zonyl" FSN | 718-78 | 4470 | 0/10 | reversible histologic spleen, bone marrow and thymus changes ↑ liver weight | returned to normal persisted | | 11,792 |
| "Zonyl" FSC | 720-78 | 200 | 0/10 | no compound-related effects | no compound-related effects | 1000 | |
| "Zonyl" FSP | 721-78 | 3400 | 0/10 | ↑ liver weight | partial recovery | | >25,000 |
| "Zonyl" TELA | 744-78 | 5000 | 0/10 | ↑ liver weight ↑ spleen and thymus weights necrosis of hemopoietic cells in spleen, bone marrow and thymus necrosis of germ cells with ↓ sperm production | partial recovery returned to normal nearly complete recovery persisted | >25,000 | |
| Fluorosurfactant 1837 | 747-78 | 3400 | 3/10 | ↑ liver weight ↑ erythropoietic foci in spleen | partial recovery returned to normal | | |
| "Teflon" CSF | 778-78 | 5000 | 0/10 | reversible histologic liver changes | returned to normal | | |
| Perfluoromethyl carboxylic acid, ammonium salt | 44-79 | 300 150 | 9/10 7/10 | ↑ liver weight reversible histologic changes in: hemopoietic system, liver, kidney and G.I. tract non-reversible testicular damage | persisted partial recovery | | |
| "Zonyl" BA | 52-79 | 3400 1700 850 | 8/10 10/10 4/10 | ↑ liver weight histologic liver changes reversible histologic changes in several organs histologic testicular changes | partial recovery partial recovery returned to normal partial recovery | 11,000 | |

BEST COPY AVAILABLE

Ninety-Day Feeding Study with "Zonyl" RP in Rats, Report #190-65

Dietary levels: 100, 500 or 2500 ppm for 35 days adjusted to 100, 1000 and 5000 ppm for 55 days

000150
EID080283
AJP001468

## ORGANIC FLUOROCOMPOUNDS IN BLOOD

In May, 1978, 3M informed Du Pont of findings of organic fluorocompounds in blood of employees exposed to long-chain perfluoro-surface active materials.  3M reported airborne contaminant levels up to 81 ppm in their operations and organic fluorine blood levels of 1 to 71 ppm for exposed workers.  3M reports that some level of organic fluorine in humans is normal, i.e. equal to or less than 1 ppm.

Chambers Works makes functional equivalents to the 3M fluorosurfactants and plant employees were informed of the 3M findings in June 1978.  Also a program was initiated to define exposure potential in the Chambers Works fluorocompound manufacturing and use operations, review the medical records of employees assigned to these operations, determine organic fluorine levels in the blood of such employees and to gather additional toxicity information on selected plant fluorocompounds.  Program results are summarized below:

- Airborne contaminant monitoring results show that the highest potential for employee fluorocompound exposure to be in the manufacturing facilities. Eight hour time weighted average measurements ranged from <0.3 ppm (5 mg/m$^3$) to 2 ppm (40 mg/m$^3$).  The drumming, dedrumming and sampling operations are major contributors to exposures above 0.3 ppm. Engineering control programs to reduce contaminant emissions from these sources is underway.

- Blood samples were taken from a representative sample of exposed employees and analyzed for organic fluorine.  The mean organic fluorine value for Chambers Works employees was slightly higher than the Wilmington control group (0.15 ppm versus 0.094 ppm) but all values for exposed employees were less than 1 ppm.  This program has been discontinued.

- A review and comparison of the medical records of active fluorocompound exposed plant employees with a control group showed no adverse health effects. However, while the difference is not statistically significant, the number of employees with abnormal liver function tests was notably higher in the exposed group (6 compared to 1).  Medical surveillance will be continued with study update December, 1979.

EID080284

AJP001469

10-day subacute feeding tests carried out by Haskell showed compound related non-reversible effects for three of the eight fluorocompounds tested. Non-reversible liver and testes effects were noted in rats fed 4,470 mg/kg/day Zonyl FSN and 850 mg/kg/day Zonyl BA. Decreased sperm production was found in rats fed 5,000 mg/kg/day Zonyl Tela. The need for further toxicity testing is being studied.

A meeting is being arranged through Haskell Laboratory to inform 3M of the results of our program.

AJP001470

EID080285

000152