# EXHIBIT S25 TO DECLARATION OF STEPHEN G. SCHWARZ IN SUPPORT OF PLAINTIFFS' MOTION FOR CLASS CERTIFICATION

Complainant's Exhibit No. 11

4-47 REV. 12-75



**E. I. du Pont de Nemours & Company**
INCORPORATED
P. O. Box 1217
PARKERSBURG, W. VA. 26101

PLASTIC PRODUCTS AND RESINS DEPARTMENT

CC: J. W. Raines - Wilm.
C. H. Foshee
W. A. Bower/R. J. Burger
C. R. Campbell
J. L. Granquist
Y. L. Power
P. Thistleton

October 1, 1979

PERSONAL AND CONFIDENTIAL

TO: R. M. SHEPHERD
ENERGY AND ENVIRONMENTAL AFFAIRS
WILMINGTON

FROM: J. F. DOUGHTY
WASHINGTON WORKS

ORGANIC FLUORIDES IN BLOOD ANALYSES

A table is attached showing the results we have obtained to date. We plan to update the table when the remainder of the blood results are available. Please destroy the previous letter dated September 20, 1979. All of the organic fluoride results shown were incorrect because the inorganic fluoride was not subtracted from the total nonvolatile fluoride.

JFD:sah
Attachment

PERSONAL AND CONFIDENTIAL

## ORGANIC FLUORIDES IN BLOOD SAMPLES

| NAME | P.R. NO. | ZONE | ORGANIC FLUORIDE PPM | COMMENTS |
|---|---|---|---|---|
| **GRANULAR OPERATORS** | | | | |
| *Polymerization* | | | | |
| | REDACTED | 6 | 0.47 | 9/60-6/71, 12/72 to present |
| r | | 6 | 2.33 | Exposure since 1966, granular polymerization since 2/74. |
| | | 6F | 0.52 | Special job. Relief on granular polymerization about 1 day/week. *[illegible]* |
| | | 6 | 3.54 | FEP dispersion 8/70-12/71. *[illegible handwriting]* |
| | | 6 | 5.61 | *[illegible handwriting]* |
| | | 6 | 3.91 | 9/71 to present. |
| 1 | | 6 | 6.84 | *[illegible]* 9/75 to 12/72, polymerization 4/73 to present. |
| | | 6 | 2.63 | 3/76 to present |
| *Finishing* | | | | |
| | | 4 | 2.06 | Disp P.O. 9/71 to 9/72 *[illegible]* to present |
| | | 4 | 0.69 | Detailed to *[illegible]* |
| | | 4 | 0.72 | Detailed to granular polymerization 8 of last 10 weeks as of 9/13/79. |
| **FINE POWDER/DISPERSION OPERATOR** | | | | |
| *Polymerization* | | | | |
| | | 6 | 4.39 | F.P. Operator/Disp. P.O. 9/75 to *[illegible]* polymerization 4/79 to present |
| | | 6 | (22.17) 21.22 | Service operator *[illegible]* 6/56 to *[illegible]* June 2/63 |
| | | 6 | 0.17 | 5/76 to present |
| | | 6 | (9.53) 8.25 | 4/57 to present, other job *[illegible]* by one |
| | | 6 | 1.52 | F.P. PO, and Disp. 6/56 to *[illegible]*, polymerization 2/74 to present. |

( ) Previous blood samples taken in June.

BEST COPY AVAILABLE

- 2 -

| NAME | P.R. NO. | ZONE | ORGANIC FLUORIDE PPM | COMMENTS |
|---|---|---|---|---|
| Polymerization (Cont.) | | | | |
| | REDACTED | 6F | 0.59 | 5/03 to present, [illegible] [illegible] 10/77 - 4/79 |
| | | 6 | 80.81 | 1960 to present. |
| | | 6F | (10.56) 8.70 | 11/75 to present |
| | | 6 | (15.02) 13.75 | 4/63 to present. Service operator job previous 4 years |
| | | 6 | 1.60 | 11/75 to present. |
| 1st | | 6 | 3.55 | 3/76 to 5/78 F.P. dryer) [illegible] 11/75 to present |
| | | 6 | 5.90 | 9/85 to present, [illegible] 6 years |
| | | 6 | 0.38 | 9/77 to present 4/77 to present, EP [illegible] [illegible] |
| | | 6 | 6.91 | |
| | | 6 | 16.59 | [illegible] 2/75 to 11/77, [illegible] F/75 to present |
| | | 6 | 0.98 | F.P. dryer and P.O. 2/75-5/76, some granular polymerization. F.P./disp. polymerization 4/79 to present. |
| | | 6 | 3.51 | [illegible] 2/92 - [illegible] [illegible] 11/77 to present |
| | | 6 | 3.23 | 5/76 to present |
| Service Operator | | | | F.P. dryer and P.O. 6/56 to 12/69, [illegible] [illegible] 12/75 |
| | | 4 | 4.97 | ~~Warehouse; detailed to other jobs.~~ |
| | | 4 | 1.98 | F.P. dryer since 11/78. |
| m | | 4 | 4.84 | F.P. dryer and Disp. RO. 9/76 to present |
| | | 4F | 2.24 | Service operator job 5/07 to present |
| | | 4 | 1.03 | F.P. |
| | | 4 | 2.92 | 12/75 to present, [illegible] [illegible] to present |
| | | 4 | 0.50 | 3/79 to present all 3 jobs. |
| | | 4 | 1.04 | |
| | | 4 | 1.80 | F.P. packout. |

BEST COPY AVAILABLE

( ) Previous blood samples taken in June.

| NAME | P.R. NO. | ZONE | ORGANIC FLUORIDE PPM | COMMENTS |
|---|---|---|---|---|
| Service Operator (Cont.) | | | | |
| ~~~ | REDACTED | 4 | 2.97 | F.P. Dryer 12 years, F.P. P.O. 6 years, other 3 years. |
| | | 4 | 3.89 | 12/72 to present F.P. Dryer and P.O. |
| | | 4 | 2.30 | ~~Details to polymerization~~ 1979 to present Dryer and polymer ester |
| | | 4 | 1.78 | F.P. packout. |
| | | 4 | ~~1.18~~ 1.91 | F.P. P.O. 11/76 to present, available to polymerization. |
| MONOMER OPERATORS | | | | |
| ~~~ | | 7 | 0.35 | |
| | | 7 | 0.39 | |
| | | 7 | 0.08 | |
| | | 6F | 0.54 | |
| | | 7 | 0.17 | |
| | | 7 | 0.37 | |
| | | 7 | 0.52 | |
| FEP OPERATORS Polymerization | | | | |
| ~~~ | | 6 | (1.36) 0.99 | 1976 to present. additional exposure in ~~~ |
| | | 6F | 1.72 | 1976 to present. ~~~ |
| | | 6 | 2.71 | Disp. 1964-1971; polymerization 1976 to present. |
| | | 6 | 0.91 | 1976 to present. |
| | | 6 | 2.10 | 1976 to present. |
| | | 6 | 4.64 | Disp. 10/60-11/63; polymerization 1976 to present. |
| | | 6 | 3.70 | 1976 to present. additional exposure in ~~~ |
| | | 6 | (3.61) 1.99 | 1976 to present. |

( ) Previous blood samples taken in June.

BEST COPY AVAILABLE

EID080258    AJP001443

000173

| NAME | P.R. NO. | ZONE | ORGANIC FLUORIDE PPM | | COMMENTS |
|---|---|---|---|---|---|
| Polymerization (Cont.) | | | | | |
| | REDACTED | 6 | | 1.95 | 1976 to present. |
| | | 6 | | 1.47 | 1976 to present. |
| | | 6 | | 4.96 | 1976 to present. *additional exposure in longpoly pass* |
| | | 6 | | 4.52 | 10/77 to present. *additional exposure in longpoly* |
| | | 6 | | 4.14 | 12/76 to present. *additional exposure in longpoly pass* |
| Dispersion | | | | | |
| | | 4 | | 1.31 | 6/75 to present |

RESEARCH

Research Chemists

| | | | | 0.43 | |
| | | | | 0.45 | |

Semiworks Laboratorians

| | | 6 | | 0.44 | 5/70 to present. |
| | | 6 | | 1.50 | 8/77 to present, possibly additional exposure in production. *Semicop water 5/72 to 5/75... 11/75* |
| | | 6F | | 0.24 | 4/77 to present. |
| | | 6 | | 0.70 | 2/75 to present. |
| | | 6 | (0.46) | 0.26 | 4/77 to present. |
| | | 6 | | 0.30 | 7/69 to 10/72, 5/79 to present. |
| d | | 6F | | 0.24 | 8/77 to present. *...* |
| | | 6 | (0.72) | 0.59 | 10/72 to present. *... - 4/62 Semi operator 3/63 to 2/65* |

MONOMER OPERATORS WITH FAST FINE POWDER/DISP. POLYMERIZATION EXPOSURE

| | | 7 | | 6.16 | *Polymerization 1/62 to 10/75 Monomer operator 11 months* |

( ) Previous blood samples taken in June.

BEST COPY AVAILABLE

EID080259
000174
AJP001444

| NAME | P.R. NO. | ZONE | ORGANIC FLUORIDE PPM | COMMENTS |
|---|---|---|---|---|
| MONOMER OPERATORS WITH PAST FINE POWDER/DISP. POLYMERIZATION EXPOSURE (Cont.) | | | | |
| REDACTED | | 7 | 5.29 | Exposure as Monomer Op...tr 28 months 5/77 5/52 all jobs. |
| | | 7 | 5.64 | Exposure 9/62 to 11/77 Monomer operator 22 months |
| FOREMAN VOLUNTEER | | | 0.69 | Various jobs with C-9 10/56 to 3/63 Monomer operator 3/63 to 2/69 Observer 2/69 to present |

JFDoughty:sah
10/1/79

BEST COPY AVAILABLE

AJP001445

000175    EID080260