# EXHIBIT S27 TO DECLARATION OF STEPHEN G. SCHWARZ IN SUPPORT OF PLAINTIFFS' MOTION FOR CLASS CERTIFICATION

Oral Teratology Study of FC-95 in Rats

Experiment No.: 0680TR0008

Conducted At: Safety Evaluation Laboratory
Riker Laboratories, Inc.
St. Paul, Minnesota

Dosing Period: July 14, 1980 through July 24, 1980

Study Director: E. G. Gortner

E. G. Gortner _____ 12/17/80
Senior Research Technologist          Date
Animal Reproduction-Teratology
Study Director

E. G. Lamprecht _____ 12/17/80
Research Veterinary Pathologist        Date

M. T. Case, DVM, PhD _____ 12/18/80
Manager, Pathology-Toxicology          Date
Safety Evaluation Laboratory

Exhibit
1247
State of Minnesota v. 3M Co.,
Court File No. 27-CV-10-28862

3MA0356530

1

## Summary

Oral administration of FC-95 at doses of 10, 5 and 1 mg/kg/day to pregnant Sprague-Dawley rats during days 6 through 15 of gestation (period of organogenesis) resulted in fetuses with teratogenic changes in the lens of the eye. The teratogenic effect was a developmental eye abnormality which appeared to be an arrest in development of the primary lens fibers forming the embryonal lens nucleus, followed by secondary aberrations of the secondary lens fibers of the fetal nucleus. The lens abnormality occurred in all FC-95 dose groups, but the proportion of fetuses with the lens changes was significantly higher than the control group only in the 10 mg/kg/day group.

FC-95 administration was maternally toxic only to the 10 mg/kg/day group. At gestation days 12 through 20 their mean maternal body weights were significantly lower than the controls. FC-95 was not maternally toxic to the 5 and 1 mg/kg/day groups.

FC-95 was not embryotoxic and did not affect the ovaries or reproductive tract contents of the dams. The compound did not produce an increase in the number or proportion of abnormal fetal skeleton aberrations.

3MAC0356531

## Introduction

This teratology study[a] of FC-95 in rats was conducted to evaluate the embryotoxic and teratogenic effects of orally administered FC-95. The study was sponsored by 3M Commerical Chemical Division, St. Paul, Minnesota and was conducted by the Safety Evaluation Laboratory, Riker Laboratories, Inc., St. Paul, Minnesota. The compound administration period was from July 14 through July 24, 1980. The protocol and list of the principal participants and supervisory personnel can be found in Appendices I and II respectively.

All portions of this study were conducted according to the Good Laboratory Practice (GLP) regulations and the Safety Evaluation Laboratory Standard Operating Procedures (see Appendix III for Quality Assurance Unit statement). The storage location for specimens, raw data and a copy of the final report is maintained in the Safety Evaluation Laboratory's record archives.

## Methods

Time mated Spraque-Dawley derived rats were obtained from Charles River Breeding Laboratory and assigned cages according to a computer-generated random numbers table. The rats were then divided into four groups of 22 animals weighing 175 to 261 grams. The rats were housed individually in hanging stainless steel cages with wire mesh floors and fronts in a temperature and humidity controlled room. Food[b] and water were available ad libitum. The lights were on a 12 hour light/dark cycle.

The animals were observed daily from day 3 through day 20 of gestation for abnormal clinical signs. Body weights were recorded on days 3, 6, 9, 12, 15 and 20 of gestation and the rats dosed accordingly using a constant dose volume of 5 ml/kg of body weight. The four groups were dosed with FC-95 (Lot 640) suspended daily in corn oil at 0, 10, 5 or 1 mg/kg/day. FC-95 was administered daily by oral intubation with a syringe equipped with a ball-tipped intubation needle to the rats on days 6 through 15 of gestation (day 0 indicated by sperm-positive vaginal smear). FC-95 analytical characterization (see Appendix IV) was provided by 3M Commercial Chemical Division, St. Paul, Minnesota.

All animals were sacrificed on day 20 by cervical dislocation and the ovaries and uterus, including its contents, were examined immediately to determine the following: number of corpora lutea, number of viable fetuses, number of resorption sites, pup weights and sex, and any gross fetal abnormalities. Approximately one-third of the fetuses were fixed in Bouin's solution for subsequent free-hand sectioning by the Wilson technique to determine visceral abnormalities. The remaining fetuses were preserved in alcohol for clearing and staining of the skeleton with alizarin red to detect skeletal abnormalities. Selected free-hand sections were processed for histological evaluation.

[a] Riker Experiment No. 0680TR0008
[b] Purina Laboratory Chow, Ralston Purina Company, St. Louis, MO

3MA0356532

3

## Results

FC-95 administered during the period of organogenesis was toxic to the high dose group (10 mg/kg/day) maternal rats.  The mean body weights of all dose groups were similar at gestation days three through nine (Table 1, Appendix V).  At gestation days 12 through 20 the high dose group rats weighed significantly less than controls (0 mg/kg/day).  The mean maternal body weights of mid (5 mg/kg/day) and low (1 mg/kg/day) dose groups were not different from the controls throughout the study.  Even though FC-95 was maternally toxic at the high dose level, no compound-related clinical signs were observed in any of the dose groups.

FC-95 was not embryotoxic and did not affect the ovaries or reproductive tract contents of the dams.  The mean number of male, female, total and dead fetuses; the mean number of resorption sites, implantation sites, corpora lutea and mean fetus weights of the three FC-95 dose groups were not significantly different from the controls (Table 2, Appendix VI).  The high dose group did have a lower mean number of viable male, female and total fetuses than the other three groups which resulted from a lower number of embryos at the start of the study.  Con-tributing pieces of evidence to the lower number of high dose embryos are the low mean number of implantation sites, corpora lutea, resorption sites and the absence of dead fetuses.

FC-95 did not cause compound-related abnormal gross fetal findings (Table 3), nor did FC-95 treatment produce an increase in the number or proportion of abnormal fetal skeletal aberrations.  Fetal skeleton results of the three compound  treated groups were not significantly different from the control group (Table 4).  The incidence and proportions of sternebrae nonossified and associated changes of sternebrae assymetrical, sternebrae bipartite and one sternebrae missing were unusually high in all dose groups of this study including the control group.

FC-95 was teratogenic in the rat at all dose levels administered in this study.  The teratogenic effect was a developmental eye abnormality which appeared to be an arrest in development of the primary lens fibers forming the embryonal lens nucleus, followed by secondary aberrations of the secondary lens fibers of the fetal nucleus.  All eye abnormalities were localized to the area of the embryonal lens nucleus although a variety of morphological appearances were present within that location.  The range of morphological appearances as observed under the dissecting microscope varied from a slight discoloration of the lens near the anterior margin to a dark colored oval area, often containing a cleft, extending from beneath the lens epithelium to half-way through the lens posteriorly. Histologically the discolorations were due to presence of lens vesicle remnants surrounding the abnormal embryonal lens nucleus.  One of the most severly affected eyes had most of the embryonal lens nucleus replaced by sinus spaces containing red blood cells.  Also contributing to the discolorations were primary lens fibers which appeared to have not elongated.  These lens fibers were tortuous and lacked nuclei in a normal lens bow of nuclei.  Secondary lens fiber development progressed normally except immediately surrounding the abnormal embryonal nucleus.  Secondary aberrations of secondary lens fibers included the bending of the fibers around the abnormal oval area, the subsequent formation of prominant anterior and posterior Y sutures of the converging fibers and lens vesicle remnants surrounding the embryonal nucleus.

3MAC0356533

4

The lens abnormality occurred in all dose groups except the control group. The proportion of fetuses with the lens abnormality in one or both lenses was significantly higher in the high dose group than the control (Table 5). The lens abnormality recorded for one control fetus under the dissecting microscope was an artifact when evaluated by transmission light microscopy. A no-effect dose level for the teratogenic lens abnormality was not established in this study.

Discussion

Optimal visual functional requirements are met during embryonic development by the differentiation of highly specialized populations of cells from undifferentiated precoursers and by the coordinated morphogenesis of the resulting tissues. Both processes are controlled to a remarkable extent by interactions which occur among emerging tissues. Each tissue of the eye is brought to its final state of differentiation, its cell population size and its definitive geometry, not only by intrinsic processes, but also by extrinsic influences exerted by neighboring tissues[1].

The embryonal origin of the lens is undifferentiated ectoderm. The tip of the optic vesicle, presumably the neural retina, plays the final role in inducing lens from overlying ectoderm and in aligning the lens precisely with the rest of the eye. Alternative or sequential action of tissues derived from endoderm (foregut) and mesoderm (heart) on the same target tissue decreases the probability that lens formation would be aborted by accidents during the early phases of induction. While the nature of the inductive influence remains unknown, there are indications that substances may be transferred from the presumptive neural retina to the overlying ectoderm during induction. A prolonged period of inductive interaction not only increases the probabililty that lens induction will occur successfully in the face of interference, but provides a mechanism for continuously adjusting the size, shape, position and orientation of the lens to that of the retina[2].

During the early stages of the inductive process, the ectodermal cells immediately overlying the tip of the optic vesicle elongate prependicularly to the body surface to form a thickened disc (lens placode). The change in cell shape is accomplished without change in cell volume. The number of cells, however, continues to increase during this period. Toward the end of lens placode formation, acidophilic fibrils appear in the apices of the lens placode cells. At about this time, the placode invaginates to form the lens cup. This invagination is independent of the concomitant invagination of the underlying optic vesicle, and is probably due to forces operating within the lens ectoderm. As the lens cup deepens, its opening (lens pore) becomes progressively constricted until its lips meet and fuse, cutting off the lens vesicle internally and re-establishing continuity in the overlying ectoderm. Closure of the lens pore is attended by, and possibly accomplished by, a local and temporaty restricted wave of cell death. Following closure of the lens pore, the cells at the back of the lens vesicle continue to elongate, under the influence of the neural retina, to form the lens fibers. As the fibers grow the cavity of the lens vesicle is obliterated. The lens cells toward the ectoderm, which do not elongate further, form the lens epithelium[2].

3MAC0356534

5

The cuboidal lens epithelial cells which face the cornea continue to grow after the lens vesicle forms. As the cells rotate through the equator region, they take their places on the surface of the growing fiber mass. These cells differentiate into secondary lens fibers at the equator and elongate rapidly toward the poles of the lens where they meet with other fibers in planes of junction called sutures. As secondary fibers grow their nuclei become positioned at about the center of the fibers and form a convex lens bow outward. Since the newer fibers are always deposited superficially, the oldest fibers in the lens come to lie centrally and are referred to collectively as the lens nucleus. With time the lens cell nuclei in this region become pycnotic and finally disappear. The cell fibers, however, are not broken down and removed but remain in place. Thus the size and shape of the lens are controlled by factors which control the number, size and shape of lens cells[2].

The teratogenic effect of FC-95 probably occurred during the portion of organogenesis between differentiation of lens tissue from ectoderm and the formation of secondary lens fibers surrounding the embryonal lens nucleus. The exact time of the teratogenic insult and the morphogenesis of the abnormality were not determined in the study. The developmental lens abnormality appears to be unique because it has not been described as a compound-related abnormality[3]. A similar-appearing structural lens abnormality has been reported to occur spontaneously in rat fetuses, but with a very low incidence of 1.2%[4]. The abnormality resembles the Fraser developmental lens abnormality of a mutant mouse strain which results from degenerative primary lens cells[5].

References

1.  Coulombre AJ, Coulombre JL: Abnormal Organogenesis of the Eye,
    in Wilson J,, Fraser FC (eds): Handbook of Teratology:2 Mechanisms
    and Pathogenesis. New York, Plenum Press, 1977, pp 329-341.

2.  Coulombre AJ: The Eye, in DeHaan RL, Ursprung H (eds):
    Organogenesis. New York, Holt Rinehart and Winston, 1965, pp 227-232.

3.  Mann I: Development Abnormalities of the Eye, 2nd ed. Philadelphia,
    JB Lippincott Co., 1957.

4.  Weisse I, Niggeschulze A, Stotzer H: Spontaneous congenital cataracts
    in rats, mice and rabbits. Archiv Fuer Toxikologie 32: pp 199-207, 1974.

5.  Hamai Y, Kuwabara T: Early cytologic changes of Fraser cataract.
    An electron microscopic study. Investigative Ophthalmology 14 (7):
    pp 517-527, 1975.

3MAC0356635

6

Table 1

Oral Teratology Study of FC-95 in Rats
Mean Maternal Body Weights with Standard Deviations

| Dose Group | | Gestation Day | | | | | |
|---|---|---|---|---|---|---|---|
| | | 3 | 6 | 9 | 12 | 15 | 20 |
| 0 mg/kg/day | MEAN | 200 | 223 | 247 | 272 | 305 | 380 |
| | STAN. DEV | 16.7 | 17.6 | 20.9 | 20.5 | 24.4 | 33.8 |
| 10 mg/kg/day | MEAN | 199 | 223 | 243 | 257[a] | 277[a] | 343[a] |
| | STAN. DEV | 11.8 | 13.8 | 18.2 | 16.2 | 18.6 | 34.6 |
| 5 mg/kg/day | MEAN | 205 | 228 | 249 | 268 | 294 | 373 |
| | STAN. DEV | 20.0 | 16.4 | 12.6 | 13.2 | 17.8 | 23.8 |
| 1 mg/kg/day | MEAN | 205 | 226 | 252 | 272 | 303 | 379 |
| | STAN. DEV | 18.8 | 19.1 | 19.7 | 19.5 | 24.6 | 31.8 |

[a] Significantly lower than the controls (Dunnett's t test p < 0.05)

3MAC0356536

Table 2

Oral Teratology Study of PC-95 in Rats
Mean Litter Data and Pup Weights with
Standard Deviations[a]

| Dose Group | No. of Animals | VIABLE FETUSES M | F | TOTAL | DEAD FETUSES | RESORPTION SITES | IMPLANTATION SITES | CORPORA LUTEA | MEAN WT. FETUS(G) |
|---|---|---|---|---|---|---|---|---|---|
| 0 mg/kg/day | 20 | 5.2 | 4.9 | 10.0 | 0.0 | 0.7 | 10.8 | 11.2 | 4.3 |
|  |  | 1.7 | 2.1 | 2.3 | 0.0 | 0.9 | 2.5 | 2.7 | 0.4 |
| 10 mg/kg/day | 17 | 3.8 | 3.9 | 7.7 | 0.0 | 0.4 | 8.1 | 9.2 | 4.3 |
|  |  | 2.8 | 2.6 | 4.3 | 0.0 | 0.6 | 4.3 | 3.1 | 0.3 |
| 5 mg/kg/day | 17 | 5.0 | 5.5 | 10.5 | 0.0 | 0.7 | 11.2 | 11.1 | 4.2 |
|  |  | 1.9 | 2.0 | 2.2 | 0.0 | 1.0 | 2.2 | 2.0 | 0.3 |
| 1 mg/kg/day | 19 | 4.7 | 5.4 | 10.1 | 0.1 | 0.4 | 10.6 | 10.9 | 4.2 |
|  |  | 1.7 | 2.1 | 2.8 | 0.2 | 0.8 | 2.7 | 2.6 | 0.4 |

[a] Treatment groups were not significantly different from controls (Dunnett's t test $p < 0.05$)

7

3MA0356537

8

Table 3

Oral Teratology Study of FC-95 in Rats
Number of Fetuses with Gross Findings[a]

| Finding | 0 mg/kg/day | 10 mg/kg/day | 5 mg/kg/day | 1 mg/kg/day |
|---|---|---|---|---|
| No. of fetuses examined | 201 | 131 | 178 | 192 |
| Umbilical hernia | 1 | --- | 1 | --- |
| Runted | --- | 1 | --- | 1 |
| Total Normal Fetuses | 200 | 130 | 177 | 191 |
| Total Abnormal Fetuses | 1 | 1 | 1 | 1 |

[a] Treatment groups were not significantly different from the control
   (Chi-square $p < 0.05$)

3MAC0356538

9

Table 4

Oral Teratology Study of FC-95 in Rats
Number and Percent of Fetuses with Skeleton Findings[a]

| Skeleton Finding | 0 mg/kg/day | 10 mg/kg/day | 5 mg/kg/day | 1 mg/kg/day |
|---|---|---|---|---|
| Fontanelle not closed | 10 (7) | 10 (11) | 7 (6) | 5 (4) |
| Frontal nonossified | 4 (3) | 1 (1) | --- | 1 (1) |
| Parietal nonossified | 2 (1) | 1 (1) | 1 (1) | 1 (1) |
| Interparietal nonossified | 3 (2) | --- | --- | 1 (1) |
| Occipital nonossified | 1 (1) | 1 (1) | --- | --- |
| Sternebrae nonossified | 114 (81) | 77 (85) | 100 (81) | 107 (81) |
| Sternebrae asymmetrical | 53 (38) | 23 (25) | 36 (29) | 39 (29) |
| Sternebrae bipartite | 7 (5) | 4 (4) | 5 (4) | 6 (5) |
| One sternebrae missing | 30 (21) | 13 (14) | 26 (21) | 26 (20) |
| Two sternebrae missing | 10 (7) | 2 (2) | 4 (3) | 6 (5) |
| 13 ribs | 5 (4) | 2 (2) | 2 (2) | 6 (5) |
| 13 ribs spurred | 7 (5) | 7 (8) | 8 (7) | 4 (3) |
| Wavy ribs | 1 (1) | 2 (2) | --- | 1 (1) |
| Protrusion on ribs | 6 (4) | 9 (10) | 3 (2) | 8 (6) |
| One body of the vertebrae bipartite | 32 (23) | 21 (23) | 25 (20) | 32 (24) |
| Two bodies of the vertebrae bipartite | 18 (13) | 7 (8) | 11 (9) | 9 (7) |
| Three bodies of the vertebrae bipartite | 4 (3) | 1 (1) | 1 (1) | 3 (4) |
| Four bodies of the vertebrae bipartite | --- | --- | --- | 1 (1) |
| Total No. Normal Fetuses | 7 (5) | 3 (3) | 10 (8) | 10 (8) |
| Total No. Abnormal Fetuses | 133 (95) | 88 (97) | 113 (92) | 123 (92) |
| Total No. of Fetuses Examined | 140 | 91 | 123 | 133 |

[a] Treatment groups were not significantly different from the control (Chi-square p < 0.05)
( ) = percent of total examined

3MAC0356530

1247.0010

### Table 5

#### Oral Teratology Study of FC-95 in Rats
#### Number and Percent of Fetuses with Internal Findings

| Internal Finding | 0 mg/kg/day | 10 mg/kg/day | 5 mg/kg/day | 1 mg/kg/day |
|---|---|---|---|---|
| Eye abnormality | 1[a](2) | 14[b](35)[c] | 4[b](7) | 2[b](3) |
| Thoracic cavity full of blood | --- | 1 (3) | --- | --- |
| Enlarged atria | 1 (2) | --- | --- | --- |
| Enlarged renal pelvis area in the kidney | 3 (5) | --- | --- | 3 (5) |
| Abdominal cavity full of blood | 4 (7) | 2 (5) | 5 (9) | 2 (3) |
| Total No. Normal Fetuses | 52 (85) | 23 (57) | 47 (85) | 53 (90) |
| Total No. Abnormal Fetuses | 9 (15) | 17 (43) | 8 (15) | 6 (10) |
| Total No. of Fetuses Examined | 61 | 40 | 55 | 59 |

[a] Eye abnormality was an artifact and was not considered for statistical evaluations
[b] Eye abnormalities were developmental lens abnormalities with secondary lens aberrations
[c] Significantly higher than the control (Chi-square $p < 0.05$)
( ) = percent of total examined

3MAC0356540

Appendix I

Oral Teratology Study of FC-95 in Rats
Protocol

## Objective

A teratology study will be used to evaluate the embryotoxic and teratogenic effects of orally administered FC-95 to pregnant rats during the period of organogenesis.  The procedure complies with the general recommendations of the FDA issued in January, 1966 ("Guidelines for Reproduction Studies for Safety Evaluation of Drugs for Human Use").  The study will be conducted according to the 1978 Good Laboratory Practice regulations and Safety Evaluation Laboratory's Standard Operating Procedures.

## Sponsor

3M Commercial Chemical Division, St. Paul, Minnesota.

## Testing Facility

Safety Evaluation Laboratory, Riker Laboratories, Inc., St. Paul, Minnesota.

## Study Director

E. G. Gortner

## Start of Dosing

Mid July, 1980.

## Test System

Eighty-eight sexually mature, time mated Sprague-Dawley derived female rats from Charles River Breeding Laboratory will be housed in hanging stainless steel cages with wire mesh floors and fronts in a temperature and humidity controlled room.  This strain of rats will be used because of historical control data and time mated females are readily available.  Purina Laboratory Chow and water will be available ad libitum.  The lights will be on a 12 hour light/dark cycle.

## Test System Identification

Each animal will be ear tagged and that number will be indicated on the outside of the cage.

3MAC0356541

12

Appendix I (Continued)

## Randomization

The animals will be assigned cages according to a computer-generated random numbers table.

## Control Article

Corn oil.

## Test Article

FC-95.

## Analytical Specifications

The test article, composition and purity will be determined by the Sponsor (3M Commercial Chemical group) prior to the start of the study and at the end of dosing.

## Dosage Levels and Experiment Design

The test article will be suspended in corn oil daily.  The test article suspension and control article will be administered by oral intubation to the rats on days 6 through 15 of gestation according to the following:

| Dose Group | Dose Level | Group Size |
|---|---|---|
| High | 10 mg/kg/day | 22 ♀ |
| Mid | 5 mg/kg/day | 22 ♀ |
| Low | 1 mg/kg/day | 22 ♀ |
| Control | 0 mg/kg/day | 22 ♀ |

The oral route of administration will be used because of metabolism studies showed radiolabeled FC-95 was well absorbed.  No dietary contaminants are known to interfere with the test article.

The animals will be observed daily from day 3 through day 20 of gestation for abnormal clinical signs.  Body weights will be recorded on days 3, 6, 9, 12, 15 and 20 of pregnancy and the rats dosed accordingly using a constant dose volume of 5 ml/kg of body weight.

The females will be killed on day 20 and the ovaries, uterus and its contents will be examined to determine:  number of corpora lutea, number of fetuses (live and dead), number of resorption sites, number of implantation sites, pup weight and gross abnormalities.  Approximately one-third of the pups will be fixed in Bouin's solution for subsequent free-hand sectioning by the Wilson technique to determine any visceral abnormalities using a dissecting

3MA00356542

13

Appendix I (Concluded)

microscope.   The remaining approximately two-thirds of the pups will be fixed in ethyl alcohol for subsequent skeletal examination after clearing and staining with alizarin red.

Data Analysis and Final Report

The proposed statistical methods to be used for analysis of the data are: Dunnett's t test for dam and pup weights, number of fetuses, number of resorption sites, number of implantation sites and number of corpora lutea; Chi square for percent abnormalities.   The proposed date for the final report is 2-3 months after detailed pup examinations have been completed (approximately fourth quarter, 1980).

3MA0356543

Appendix II

Oral Teratology Study of FC-95 in Rats
List of Principal Participating Personnel

| NAME | FUNCTION |
|------|----------|
| Edwin G. Gortner | Study Director |
| Elden G. Lamprecht | Veterinary Pathologist |
| Cathy E. Ludemann | Coordinator-Histology |
| Gary C. Pecore | Supervisor-Animal Care |
| Loren O. Wiseth | Technician |

3MAC0356544

Appendix III

## STATEMENT OF QUALITY ASSURANCE

15

STUDY NUMBER:  0680TR0008

TITLE:        Oral Teratology Study of FC-95 in Rats

Audits and/or inspections were performed by the Riker Quality Assurance
Unit for the above titled study, and reported to the study director and
to management as follows:

| Date Performed | Date Reported |
|---|---|
| 18 July 1980 | 21 July 1980 |
| 28 July 1980 | 28 July 1980 |
| 15 December 1980 | 17 December 1980 |
| 17 December 1980 | 17 December 1980 |

J. E. Orterstrom
Laboratory Quality Assurance
Riker Laboratories, Inc.

December 17, 1980
**Date**

3MA0356545

APPENDIX IV                                    16

Test and/or Control Article Characterization

for

_FC - 95, Lot 640_

1. The identity strength, uniformity, composition, purity or other per-
   tinent characterizations of the test and/or control substances have
   been determined and documented as of _May 8, 1980_.

2. The method of synthesis or origin of the test and control substances,
   including their amount and the method of bioassay (if applicable) is
   documented.

   yes  _X_  no _____

3. The stability of the test and/or control substances have been deter-
   mined or will be determined as of _Completion of Tox Testing If Necessary_

The above information and documentation are located in the sponsor's re-
cords.

_D. Recka_                    _5/31/80_
Sponsor                        Date

Form 19793 PWD

1247.0017

3MAC0356546

17

Appendix V

Oral Teratology Study of FC-95 in Rats
Individual Body Weights (g)

| Dose Group | Study Day | | | | | |
|---|---|---|---|---|---|---|
| and Rat No. | 3 | 6 | 9 | 12 | 15 | 20 |

0 MG/KG/DAY

| | | | | | | |
|---|---|---|---|---|---|---|
| NOR 12996 | 186 | 212 | 235 | 254 | 287 | 357 |
| NOR 12997 | 224 | 261 | 239 | 306 | 345 | 424 |
| NOR 12998 | 216 | 238 | 240 | 277 | 315 | 397 |
| NOR 12999 | 212 | 232 | 271 | 274 | 302 | 373 |
| NOR 13000 | 224 | 250 | 245 | 307 | 325 | 435 |
| NOR 13016 | 182 | 207 | 284 | 255 | 284 | 342 |
| NOR 13018 | 175 | 201 | 259 | 246 | 277 | 354 |
| NOR 13019 | 193 | 219 | 237 | 277 | 309 | 378 |
| NOR 13020 | 194 | 221 | 236 | 277 | 319 | 400 |
| NOR 13036 | 205 | 228 | 222 | 284 | 322 | 408 |
| NOR 13040 | 186 | 208 | 233 | 261 | 293 | 381 |
| NOR 13041 | 195 | 219 | 285 | 258 | 289 | 355 |
| NOR 13043 | 220 | 239 | 253 | 295 | 340 | 426 |
| NOR 13044 | 207 | 228 | 284 | 273 | 296 | 359 |
| NOR 13060 | 230 | 248 | 235 | 310 | 349 | 442 |
| NOR 13061 | 195 | 212 | 213 | 259 | 297 | 366 |
| NOR 13062 | 210 | 229 | 222 | 272 | 302 | 362 |
| NOR 13063 | 185 | 208 | 247 | 257 | 289 | 342 |
| NOR 13064 | 188 | 211 | 250 | 256 | 289 | 368 |
| NOR 13080 | 179 | 194 | 258 | 238 | 256 | 321 |
| | | | | | | |
| MEAN | 200 | 223 | 247 | 272 | 305 | 380 |
| STAN. DEV | 16.7 | 17.6 | 20.9 | 20.5 | 24.4 | 33.8 |

NON PREGNANT ANIMALS

| | | | | | | |
|---|---|---|---|---|---|---|
| NOR 13017 | 186 | 198 | 243 | 217 | 234 | 253 |
| NOR 13042 | 188 | 209 | 260 | 247 | 255 | 272 |

3MAC0356547

18

Appendix V (Continued)

Oral Teratology Study of FC-95 in Rats
Individual Body Weights (g)

| Dose Group | Study Day | | | | | |
|---|---|---|---|---|---|---|
| and Rat No. | 3 | 6 | 9 | 12 | 15 | 20 |

10 MG/KG/DAY

| | | | | | | |
|---|---|---|---|---|---|---|
| 00R 13001 | 189 | 222 | 239 | 253 | 281 | 347 |
| 00R 13002 | 190 | 217 | 230 | 256 | 283 | 356 |
| 00R 13003 | 192 | 222 | 224 | 265 | 290 | 381 |
| 00R 13004 | 193 | 212 | 218 | 233 | 255 | 319 |
| 00R 13005 | 201 | 225 | 260 | 261 | 285 | 369 |
| 00R 13021 | 227 | 257 | 247 | 278 | 293 | 360 |
| 00R 13022 | 212 | 244 | 243 | 288 | 311 | 402 |
| 00R 13023 | 180 | 206 | 258 | 227 | 245 | 285 |
| 00R 13025 | 208 | 237 | 251 | 268 | 297 | 382 |
| 00R 13037 | 187 | 214 | 229 | 250 | 274 | 357 |
| 00R 13045 | 195 | 216 | 228 | 259 | 289 | 361 |
| 00R 13048 | 186 | 205 | 226 | 236 | 248 | 311 |
| 00R 13065 | 204 | 223 | 274 | 263 | 279 | 304 |
| 00R 13066 | 207 | 226 | 275 | 263 | 262 | 358 |
| 00R 13067 | 210 | 234 | 222 | 268 | 278 | 322 |
| 00R 13069 | 203 | 228 | 262 | 262 | 283 | 338 |
| 00R 13081 | 194 | 209 | 238 | 237 | 251 | 281 |
| | | | | | | |
| MEAN | 199 | 223 | 243 | 257 | 277 | 343 |
| STAN. DEV | 11.8 | 13.8 | 18.2 | 16.2 | 18.6 | 34.6 |

NON PREGNANT ANIMALS

| | | | | | | |
|---|---|---|---|---|---|---|
| 00R 13024 | 195 | 217 | 233 | 230 | 242 | 252 |
| 00R 13046 | 187 | 209 | 242 | 228 | 232 | 231 |
| 00R 13047 | 184 | 201 | 244 | 221 | 233 | 235 |
| 00R 13049 | 213 | 237 | 243 | 250 | 251 | 266 |
| 00R 13068 | 216 | 232 | 236 | 239 | 250 | 261 |

1247.0019

3MAC0356548

19

Appendix V (Continued)

Oral Teratology Study of FC-95 in Rats
Individual Body Weights (g)

| Dose Group | Study Day | | | | | |
|---|---|---|---|---|---|---|
| and Rat No. | 3 | 6 | 9 | 12 | 15 | 20 |

5 MG/KG/DAY

| | | | | | | |
|---|---|---|---|---|---|---|
| POR 13005 | 192 | 218 | 233 | 258 | 272 | 340 |
| POR 13007 | 226 | 249 | 272 | 264 | 304 | 388 |
| POR 13008 | 197 | 225 | 262 | 262 | 288 | 394 |
| POR 13009 | 188 | 212 | 274 | 254 | 283 | 361 |
| POR 13010 | 194 | 220 | 245 | 263 | 282 | 343 |
| POR 13027 | 212 | 232 | 251 | 269 | 288 | 369 |
| POR 13028 | 215 | 235 | 258 | 274 | 294 | 383 |
| POR 13029 | 199 | 229 | 241 | 272 | 288 | 366 |
| POR 13030 | 176 | 210 | 260 | 270 | 294 | 379 |
| POR 13038 | 198 | 219 | 235 | 263 | 288 | 366 |
| POR 13050 | 188 | 204 | 239 | 246 | 265 | 333 |
| POR 13051 | 222 | 243 | 256 | 283 | 323 | 407 |
| POR 13053 | 235 | 248 | 242 | 291 | 325 | 408 |
| POR 13054 | 197 | 224 | 238 | 259 | 279 | 349 |
| POR 13070 | 254 | 266 | 245 | 297 | 327 | 410 |
| POR 13071 | 200 | 223 | 250 | 274 | 304 | 378 |
| POR 13072 | 188 | 211 | 260 | 256 | 292 | 363 |
| MEAN | 205 | 228 | 249 | 268 | 294 | 373 |
| STAN. DEV | 20.0 | 16.4 | 12.6 | 13.2 | 17.8 | 23.8 |

NON PREGNANT ANIMALS

| | | | | | | |
|---|---|---|---|---|---|---|
| POR 13026 | 217 | 235 | 294 | 252 | 252 | 261 |
| POR 13052 | 218 | 237 | 252 | 248 | 254 | 262 |
| POR 13073 | 206 | 231 | 250 | 250 | 244 | 259 |
| POR 13074 | 207 | 234 | 244 | 257 | 272 | 287 |
| POR 13082 | 195 | 214 | 240 | 225 | 232 | 240 |

3MAC0356540

20

Appendix V (Concluded)

Oral Teratology Study of FC-95 in Rats
Individual Body Weights (g)

| Dose Group | Study Day | | | | | |
|---|---|---|---|---|---|---|
| and Rat No. | 3 | 6 | 9 | 12 | 15 | 20 |

1 MG/KG/DAY

| | | | | | | |
|---|---|---|---|---|---|---|
| 00R 13011 | 198 | 224 | 250 | 261 | 288 | 367 |
| 00R 13012 | 217 | 235 | 248 | 282 | 310 | 386 |
| 00R 13013 | 182 | 204 | 230 | 267 | 300 | 379 |
| 00R 13014 | 198 | 221 | 224 | 272 | 301 | 376 |
| 00R 13015 | 200 | 228 | 253 | 284 | 326 | 413 |
| 00R 13031 | 214 | 258 | 241 | 300 | 332 | 411 |
| 00R 13032 | 195 | 220 | 246 | 255 | 276 | 322 |
| 00R 13033 | 204 | 210 | 244 | 289 | 320 | 407 |
| 00R 13034 | 193 | 226 | 254 | 262 | 286 | 355 |
| 00R 13035 | 185 | 201 | 236 | 251 | 271 | 352 |
| 00R 13029 | 225 | 252 | 302 | 301 | 334 | 416 |
| 00R 13055 | 201 | 220 | 232 | 261 | 303 | 379 |
| 00R 13056 | 204 | 223 | 259 | 263 | 286 | 371 |
| 00R 13057 | 196 | 211 | 236 | 250 | 268 | 333 |
| 00R 13059 | 201 | 224 | 264 | 270 | 301 | 375 |
| 00R 13075 | 185 | 206 | 283 | 257 | 291 | 362 |
| 00R 13077 | 198 | 215 | 263 | 262 | 296 | 363 |
| 00R 13078 | 208 | 226 | 243 | 262 | 297 | 374 |
| 00R 13082 | 261 | 279 | 278 | 323 | 368 | 459 |
| | | | | | | |
| MEAN | 205 | 226 | 252 | 272 | 303 | 379 |
| STHN. DEV | 18.8 | 19.1 | 19.7 | 19.5 | 24.6 | 31.8 |

NON PREGNANT ANIMALS

| | | | | | | |
|---|---|---|---|---|---|---|
| 00R 13058 | 183 | 205 | 247 | 226 | 238 | 253 |
| 00R 13076 | 192 | 213 | 236 | 254 | 278 | 270 |
| 00R 13079 | 196 | 218 | 228 | 244 | 255 | 266 |

3MAC0356550

21

## Appendix VI

### Oral Teratology Study of FC-95 in Rats
### Individual Litter Data with Pup Weights

| Dose Group and Rat No. | VIABLE FETUSES M | F | TOTAL | DEAD FETUSES | RESORPTION SITES | IMPLANTATION SITES | CORPRA LUTEA | MEAN AVG | FETUS WT (G) M | F |
|---|---|---|---|---|---|---|---|---|---|---|
| **0 mg/kg/day** | | | | | | | | | | |
| NOR 12996 | 5 | 4 | 9 | 0 | 1 | 10 | 9 | 4.9 | 5.1 | 4.7 |
| NOR 12997 | 4 | 9 | 13 | 0 | 1 | 14 | 16 | 3.6 | 3.8 | 3.5 |
| NOR 12998 | 7 | 4 | 11 | 0 | 0 | 11 | 12 | 4.3 | 4.3 | 4.2 |
| NOR 12999 | 7 | 4 | 11 | 0 | 2 | 13 | 13 | 4.0 | 4.1 | 3.9 |
| NOR 13000 | 7 | 7 | 14 | 0 | 0 | 14 | 17 | 4.1 | 4.2 | 4.0 |
| NOR 13016 | 4 | 5 | 9 | 0 | 1 | 10 | 9 | 3.7 | 3.3 | 4.0 |
| NOR 13017 | NOT PREGNANT | | | | | | | | | |
| NOR 13018 | 7 | 3 | 10 | 0 | 1 | 11 | 11 | 4.5 | 4.5 | 4.3 |
| NOR 13019 | 6 | 1 | 7 | 0 | 0 | 7 | 6 | 5.1 | 5.1 | 4.9 |
| NOR 13020 | 4 | 8 | 12 | 0 | 0 | 12 | 12 | 4.7 | 4.8 | 4.7 |
| NOR 13036 | 5 | 5 | 10 | 0 | 1 | 11 | 8 | 4.1 | 4.3 | 3.9 |
| NOR 13040 | 6 | 7 | 13 | 0 | 0 | 13 | 12 | 4.4 | 4.5 | 4.2 |
| NOR 13041 | 6 | 3 | 9 | 0 | 1 | 10 | 12 | 4.2 | 4.3 | 4.1 |
| NOR 13042 | NOT PREGNANT | | | | | | | | | |
| NOR 13043 | 4 | 6 | 10 | 0 | 3 | 13 | 15 | 4.2 | 4.4 | 4.1 |
| NOR 13044 | 5 | 2 | 7 | 0 | 0 | 7 | 11 | 3.9 | 3.8 | 3.9 |
| NOR 13060 | 8 | 5 | 13 | 0 | 1 | 14 | 12 | 4.1 | 4.1 | 3.9 |
| NOR 13061 | 4 | 6 | 10 | 0 | 2 | 12 | 11 | 4.2 | 4.3 | 4.1 |
| NOR 13062 | 3 | 4 | 7 | 0 | 0 | 7 | 9 | 4.1 | 4.4 | 3.8 |
| NOR 13063 | 1 | 5 | 6 | 0 | 0 | 6 | 9 | 4.3 | 4.3 | 4.3 |
| NOR 13064 | 5 | 7 | 12 | 0 | 0 | 12 | 12 | 4.2 | 4.2 | 4.2 |
| NOR 13080 | 6 | 2 | 8 | 0 | 1 | 9 | 9 | 4.4 | 4.4 | 4.2 |
| MEAN | 5.2 | 4.9 | 10.0 | 0.0 | 0.7 | 10.8 | 11.2 | 4.3 | | |
| STAN. DEV. | 1.7 | 2.1 | 2.3 | 0.0 | 0.9 | 2.5 | 2.7 | 0.4 | | |

3MAC0356551

22

## Appendix VI (Continued)

### Oral Teratology Study of FC-95 in Rats
### Individual Litter Data with Pup Weights

| Dose Group and Rat No. | VIABLE FETUSES M | F | TOTAL | DEAD FETUSES | RESOR PTION SITES | IMPLAN TATION SITES | CORPRA LUTEA | MEAN FETUS AVG | M | F |
|---|---|---|---|---|---|---|---|---|---|---|
| **10 mg/kg/day** | | | | | | | | | | |
| OOR 13001 | 4 | 6 | 10 | 0 | 1 | 11 | 10 | 4.5 | 4.6 | 4.5 |
| OOR 13002 | 3 | 6 | 9 | 0 | 2 | 11 | 11 | 3.9 | 4.1 | 3.8 |
| OOR 13003 | 4 | 7 | 11 | 0 | 0 | 11 | 12 | 4.2 | 4.4 | 4.1 |
| OOR 13004 | 7 | 2 | 9 | 0 | 0 | 9 | 9 | 4.2 | 4.2 | 4.0 |
| OOR 13005 | 5 | 7 | 12 | 0 | 0 | 12 | 12 | 4.3 | 4.3 | 4.2 |
| OOR 13021 | 1 | 3 | 4 | 0 | 0 | 4 | 7 | 4.4 | 4.4 | 4.4 |
| OOR 13022 | 11 | 2 | 13 | 0 | 0 | 13 | 14 | 4.2 | 4.2 | 3.8 |
| OOR 13023 | 2 | 0 | 2 | 0 | 0 | 2 | 5 | 4.8 | 4.8 | 0.0 |
| OOR 13024 | NOT PREGNANT | | | | | | | | | |
| OOR 13025 | 6 | 6 | 12 | 0 | 0 | 12 | 12 | 4.4 | 4.5 | 4.4 |
| OOR 13037 | 5 | 5 | 10 | 0 | 0 | 10 | 12 | 4.3 | 4.4 | 4.2 |
| OOR 13045 | 4 | 6 | 10 | 0 | 1 | 11 | 11 | 4.5 | 4.6 | 4.4 |
| OOR 13046 | NOT PREGNANT | | | | | | | | | |
| OOR 13047 | NOT PREGNANT | | | | | | | | | |
| OOR 13048 | 5 | 3 | 8 | 0 | 1 | 9 | 8 | 4.2 | 4.3 | 3.9 |
| OOR 13049 | NOT PREGNANT | | | | | | | | | |
| OOR 13065 | 0 | 1 | 1 | 0 | 0 | 1 | 6 | 4.3 | 0.0 | 4.3 |
| OOR 13066 | 4 | 8 | 12 | 0 | 0 | 12 | 11 | 4.0 | 4.2 | 3.9 |
| OOR 13067 | 1 | 1 | 2 | 0 | 1 | 3 | 8 | 4.6 | 4.8 | 4.5 |
| OOR 13068 | NOT PREGNANT | | | | | | | | | |
| OOR 13069 | 2 | 3 | 5 | 0 | 1 | 6 | 6 | 3.5 | 3.3 | 3.7 |
| OOR 13081 | 0 | 1 | 1 | 0 | 0 | 1 | 3 | 4.1 | 0.0 | 4.1 |
| MEAN | 3.8 | 3.9 | 7.7 | 0.0 | 0.4 | 8.1 | 9.2 | 4.3 | | |
| STAN. DEV. | 2.8 | 2.6 | 4.3 | 0.0 | 0.6 | 4.3 | 3.1 | 0.3 | | |

3MAC0356552

**Appendix VI (Continued)**

**Oral Teratology Study of FC-95 in Rats**
**Individual Litter Data with Pup Weights**

| Dose Group and Rat No. | VIABLE FETUSES | | | DEAD FETUSES | RESORPTION SITES | IMPLANTATION SITES | CORPRA LUTEA | MEAN AVG | FETUS WT(G.) | |
|---|---|---|---|---|---|---|---|---|---|---|
| | M | F | TOTAL | | | | | | M | F |
| **5 mg/kg/day** | | | | | | | | | | |
| PGR 13006 | 3 | 3 | 6 | 0 | 3 | 9 | 9 | 4.6 | 4.8 | 4.4 |
| PGR 13007 | 9 | 3 | 12 | 0 | 0 | 12 | 12 | 4.3 | 4.4 | 4.0 |
| PGR 13008 | 5 | 7 | 12 | 0 | 0 | 12 | 12 | 3.9 | 4.0 | 3.8 |
| PGR 13009 | 5 | 4 | 9 | 0 | 0 | 9 | 8 | 3.8 | 4.1 | 3.5 |
| PGR 13010 | 4 | 7 | 11 | 0 | 0 | 11 | 12 | 3.9 | 4.0 | 3.8 |
| PGR 13026 | NOT PREGNANT | | | | | | | | | |
| PGR 13027 | 8 | 3 | 11 | 0 | 2 | 13 | 10 | 4.0 | 4.1 | 3.8 |
| PGR 13028 | 4 | 8 | 12 | 0 | 0 | 12 | 13 | 4.3 | 4.4 | 4.3 |
| PGR 13029 | 4 | 3 | 7 | 0 | 0 | 7 | 10 | 4.8 | 5.2 | 4.3 |
| PGR 13030 | 4 | 9 | 13 | 0 | 1 | 14 | 14 | 4.5 | 4.5 | 4.5 |
| PGR 13038 | 5 | 5 | 10 | 0 | 0 | 10 | 10 | 4.4 | 4.7 | 4.2 |
| PGR 13050 | 4 | 5 | 9 | 0 | 1 | 10 | 9 | 4.0 | 4.2 | 3.9 |
| PGR 13051 | 4 | 7 | 11 | 0 | 2 | 13 | 12 | 4.3 | 4.4 | 4.2 |
| PGR 13052 | NOT PREGNANT | | | | | | | | | |
| PGR 13053 | 9 | 5 | 14 | 0 | 0 | 14 | 14 | 3.6 | 3.7 | 3.5 |
| PGR 13054 | 4 | 6 | 10 | 0 | 0 | 10 | 11 | 4.2 | 4.3 | 4.1 |
| PGR 13070 | 5 | 8 | 13 | 0 | 2 | 15 | 14 | 4.2 | 4.2 | 4.2 |
| PGR 13071 | 3 | 6 | 9 | 0 | 1 | 10 | 9 | 4.4 | 4.7 | 4.3 |
| PGR 13072 | 5 | 4 | 9 | 0 | 0 | 9 | 9 | 4.3 | 4.4 | 4.2 |
| PGR 13073 | NOT PREGNANT | | | | | | | | | |
| PGR 13074 | NOT PREGNANT | | | | | | | | | |
| PGR 13082 | NOT PREGNANT | | | | | | | | | |
| MEAN | 5.0 | 5.5 | 10.5 | 0.0 | 0.7 | 11.2 | 11.1 | 4.2 | | |
| STAN. DEV. | 1.9 | 2.0 | 2.2 | 0.0 | 1.0 | 2.2 | 2.0 | 0.3 | | |

3MAC0356563

24

Appendix VI (Concluded)

Oral Teratology Study of FC-95 in Rats
Individual Litter Data with Pup Weights

| Dose Group and Rat No. | VIABLE FETUSES M | F | TOTAL | DEAD FETUSES | RESORPTION SITES | IMPLANTATION SITES | CORPRH LUTEA | MEAN FETUS AVG | FETUS M | WT(G) F |
|---|---|---|---|---|---|---|---|---|---|---|
| 1 mg/kg/day | | | | | | | | | | |
| QQR 13011 | 7 | 3 | 10 | 0 | 0 | 10 | 8 | 4.4 | 4.5 | 4.4 |
| QQR 13012 | 5 | 6 | 11 | 0 | 0 | 11 | 12 | 4.1 | 4.1 | 4.0 |
| QQR 13013 | 3 | 6 | 9 | 0 | 0 | 9 | 11 | 4.4 | 4.4 | 4.2 |
| QQR 13014 | 5 | 7 | 12 | 0 | 0 | 12 | 13 | 3.4 | 3.8 | 3.2 |
| QQR 13015 | 4 | 6 | 10 | 0 | 0 | 10 | 9 | 3.8 | 3.8 | 3.8 |
| QQR 13031 | 7 | 6 | 13 | 0 | 0 | 13 | 14 | 4.0 | 3.9 | 4.1 |
| QQR 13032 | 1 | 1 | 2 | 0 | 0 | 2 | 4 | 3.8 | 4.3 | 3.3 |
| QQR 13033 | 4 | 9 | 13 | 0 | 0 | 13 | 14 | 4.5 | 4.6 | 4.5 |
| QQR 13034 | 2 | 4 | 6 | 0 | 3 | 9 | 8 | 5.0 | 5.1 | 4.9 |
| QQR 13035 | 5 | 5 | 10 | 0 | 1 | 11 | 11 | 4.6 | 4.7 | 4.4 |
| QQR 13039 | 6 | 6 | 12 | 0 | 0 | 12 | 12 | 4.3 | 4.4 | 4.2 |
| QQR 13055 | 7 | 4 | 11 | 0 | 1 | 12 | 12 | 4.3 | 4.2 | 4.3 |
| QQR 13056 | 5 | 6 | 11 | 1 | 1 | 13 | 11 | 4.1 | 4.3 | 4.0 |
| QQR 13057 | 4 | 5 | 9 | 0 | 1 | 10 | 12 | 3.9 | 3.8 | 3.9 |
| QQR 13058 | NOT PREGNANT | | | | | | | | | |
| QQR 13059 | 6 | 4 | 10 | 0 | 0 | 10 | 11 | 4.1 | 4.3 | 3.8 |
| QQR 13075 | 6 | 4 | 10 | 0 | 0 | 10 | 11 | 4.2 | 4.2 | 4.1 |
| QQR 13076 | NOT PREGNANT | | | | | | | | | |
| QQR 13077 | 3 | 5 | 8 | 0 | 1 | 9 | 9 | 4.4 | 4.4 | 4.4 |
| QQR 13078 | 5 | 5 | 10 | 0 | 0 | 10 | 10 | 4.6 | 4.9 | 4.4 |
| QQR 13079 | NOT PREGNANT | | | | | | | | | |
| QQR 13083 | 4 | 11 | 15 | 0 | 0 | 15 | 15 | 4.1 | 4.2 | 4.0 |
| MEAN | 4.7 | 5.4 | 10.1 | 0.1 | 0.4 | 10.6 | 10.9 | 4.2 | | |
| STAN. DEV. | 1.7 | 2.1 | 2.8 | 0.2 | 0.8 | 2.7 | 2.6 | 0.4 | | |

3MAC0356564

1247.0025

<u>DISTRIBUTION LIST</u>

K. L. Ebbens → J. D. Henderson → G. R. Steffen → M. T. Case

E. G. Gortner (original +1)

F. Keller (QA file)

E. G. Lamprecht

 C. McCormick (2)

R. A. Nelson → E. L. Mutsch → R. E. Ober

3MAC0356565

cc:  M. T. Case                    E. L. Mutsch → R. A. Nelson → R. E. Ober
     E. G. Gortner (original + 1)  W. C. McCormick → F. D. Griffith (2)
     F. Keller (QA File)           W. H. Pearlson
     E. G. Lamprecht               G. R. Steffen → J. D. Henderson → K. L. Ebbens

### Amendment to the Final Report of the Oral
### Teratology Study of FC-95 in Rats

Experiment No.:  0680TR0008
Issued:  12/18/80

Please add the amended summary, the amended table 5, and the amendment to the results and discussion sections to the above report.  The study conclusions were changed by this amendment to the report.


E. G. Gortner          7/26/82          E. G. Lamprecht, DVM, PhD      7-26-82
E. G. Gortner          Date             E. G. Lamprecht, DVM, PhD      Date
Senior Research Technologist            Research Veterinary Pathologist
Animal Teratology Reproduction


M. T. Case          7/27/82
M. T. Case, DVM, PhD          Date
Manager, Pathology-Toxicology
Safety Evaluation Laboratory

3MAC0356656

Amended Summary (p. 1) to the Oral Teratology Study of FC-95 in Rats
Experiment No. 0680TR0008

Oral administration of FC-95 at doses of 10, 5 and 1 mg/kg/day to pregnant
Sprague-Dawley rats during days 6 through 15 of gestation (period of
organogenesis) was not teratogenic.

FC-95 administration was maternally toxic only to the 10 mg/kg/day group.  At
gestation days 12 through 20 the maternal body weights of the high dose females
were significantly lower than the controls.  FC-95 was not maternally toxic to
the 5 and 1 mg/kg/day groups.

FC-95 was not embryotoxic and did not affect the ovaries or reproductive tract
contents of the dams.  The compound did not produce an increase in the number
or proportion of fetal skeleton variations.

3MAC0356557

Amendment to the Results and Discussion Sections (p. 3-5)
of the Oral Teratology Study of FC-95 in Rats

Experiment No. 0680TR0008

(This amendment addresses the last two paragraphs of the
results section and the entire discussion section.)

FC-95 was labeled a teratogen of the lens because apparent lens abnormalities
were observed at the 10, 5 and 1 mg/kg/day dose levels. Based on subsequent
studies, particularly Riker Experiment No. 0681TR0362, the interpretations of
these observations have been extensively modified. The lens findings observed
under the dissecting microscope are now known to be either freehand sectioning
artifacts or a normal area of lens cell degeneration. The fetal rat lens
findings were incorrectly interpreted as a teratogenic change in this study.

The gross finding of a lens cleft was an artifact created by freehand
sectioning. It represents a separation between the embryonal nucleus lens
cells and the lens epithelium. The gross finding of a lens dark streak was a
normal observation of the embryonal nucleus. The embryonal nucleus is an area
of normal lens cell degeneration in the gestation day 20 fetus.

The gross appearance of the rat lens at day 20 of gestation is determined by
the region of the lens which is transected by freehand sectioning. In a
subsequent study (Riker Experiment No. 0681TR0362) the compound-related
occurence of the lens findings could not be repeated when the fetuses were
coded before freehand sectioning and gross evaluation. The range of gross lens
observations and the differences among the dose group incidences were due to
the manner and frequency in which the lens cleft artifact was created by
freehand sectioning and the limitations inherent in visualizing the embryonal
nucleus.

In summary, FC-95 in utero exposed fetuses did not have compound-related
changes in their lenses.

3MAC0356658

28

Amended Table 5 (p. 10)

Oral Teratology Study of FC-95 in Rats
Number and Percent of Fetuses with Internal Findings

| Internal Finding | 0 mg/kg/day | 10 mg/kg/day | 5 mg/kg/day | 1 mg/kg/day |
|---|---|---|---|---|
| Lens findings[a] | 1 (2) | 14 (35)[b] | 4 (7) | 2 (3) |
| Thoracic cavity full of blood | --- | 1 (3) | --- | ---- |
| Enlarged atria | 1 (2) | --- | --- | --- |
| Enlarged renal pelvis | 3 (5) | --- | --- | 3 (5) |
| Abdominal cavity full of blood | 4 (7) | 2 (5) | 5 (9) | 2 (3) |
| No. of Fetuses Examined | 61 | 40 | 55 | 59 |

[a] The lens findings observed under the dissecting microscope were either freehand sectioning artifacts or a normal area of lens cell degeneration
[b] Significantly higher than the control (chi-square with Yates correction p < 0.05)
( ) = percent of total examined

3MAC0356560

## DISTRIBUTION LIST

K. L. Ebbens

E. G. Gortner (original + 1)

F. D. Griffith → F. A. Ubel

F. Keller (QA File)

E. G. Lamprecht

R. E. Ober → R. A. Nelson → E. L. Mutsch

W. H. Pearlson

G. R. Steffen → J. D. Henderson → M. T. Case

W. C. McCormick

3MAC0356560

29

Amended Appendix VII

## STATEMENT OF QUALITY ASSURANCE

STUDY NUMBER: <u>Amendment to 0680TR0008</u>

TITLE:      <u>Amendment to the Final Report of the Oral Teratology</u>
            <u>Study of FC-95 in Rats</u>

Audits and/or inspections were performed by the Riker
Compliance Audit unit for the above titled study, and
reported to the study director and to management as
follows:

| Date Performed | Date Reported |
|---|---|
| July 16 and 19, 1982 | July 21, 1982 |
| July 22, 1982 | July 23, 1982 |

Compliance Audit
Riker Laboratories, Inc.

Date July 23, 1982

3MAC0356561

1247.0032

<u>DISTRIBUTION LIST</u>

K. L. Ebbens → J. D. Henderson → G. R. Steffen → M. T. Case

E. G. Gortner (original +1)

F. Keller (QA file)

E. G. Lamprecht



R. A. Nelson → E. L. Mutsch → R. E. Ober

3MAC0356562

00162

Oral Teratology Study of FM-3422 in Rats   T-2253

Experiment No.:                          0680TR0010

Conducted At:                            Safety Evaluation Laboratory
                                         Riker Laboratories, Inc.
                                         St. Paul, Minnesota

Inclusive Dosing Period:                 August 19 to September 4, 1980

Study Director:                          E. G. Gortner

_E. S. Gortner_   1-22-81
E. G. Gortner                Date
Senior Research Technologist
Animal Reproduction-Teratology
Study Director

_Elden S Lamprecht_   1-22-81
E. G. Lamprecht, DVM, PhD      Date
Research Veterinary Pathologist

_Marvin T Case_   4/23/81
M. T. Case, DVM, PhD         Date
Manager, Pathology-Toxicology
Safety Evaluation Laboratory

**Exhibit
1249**

State of Minnesota v. 3M Co.,
Court File No. 27-CV-10-28862

3MA00011419

1.

Summary

Oral administration of FM-3422 at 75, 37.5 and 25 mg/kg/day to pregnant Spraque-Dawley rats during days 6 through 15 of gestation (period of organogenesis) was teratogenic to rat fetuses. Teratogenic changes included a developmental eye abnormality, cleft palate, blood in the kidney parenchyma and sternebrae malformations. The developmental eye abnormality appeared to be an arrest in development of the primary lens fibers forming the embryonal lens nucleus followed by secondary aberrations of the secondary lens fibers of the fetal nucleus. The proportions of fetuses with the lens changes were significantly higher in all FM-3422 groups than in the control group. Cleft palates were produced in the 75 and 37.5 mg/kg/day groups. All three groups receiving compound had fetuses with blood in the kidney parenchyma. The sternebrae changes, although normally considered skeleton aberrations, were viewed as compound-related malformations because of their severity. FM-3422 also produced an increase in other fetal skeleton aberrations.

FM-3422 was not embryotoxic and did not affect the ovaries or reproductive tract contents of the dams.

FM-3422 was maternally toxic to the 75 and 37.5 mg/kg/day dose animals in reducing their group mean body weight gain during the dosing interval. Toxic clinical signs and deaths occurred in only the 75 mg/kg/day dose group.

3MA00011420

00164

2.

## Introduction

This teratology study [a] in rats was conducted to evaluate the embryotoxic and teratogenic effects of orally administered FM-3422. The study was sponsored by 3M Commercial Chemical Division, St. Paul, Minnesota and was conducted by the Safety Evaluation Laboratory, Riker Laboratories, Inc., St. Paul, Minnesota. Two sets of compound administration groups were dosed between August 19 and September 4, 1980. The protocol and list of the principal participants and supervisory personnel can be found in Appendices I and II respectively.

All portions of this study were conducted according to the Good Laboratory Practice (GLP) regulations and the Safety Evaluation Laboratory Standard Operating Procedures (see Appendix III for Quality Assurance Unit statment). The storage location for specimens, raw data and a copy of the final report is maintained in the Safety Evaluation Laboratory's record archives.

## Methods

Time mated Sprague Dawley derived rats were obtained from Charles River Breeding Laboratory and assigned cages according to a computer-generated random numbers table. The rats were then divided into four groups of 22 animals weighing 140 to 240 grams. The rats were housed individually in hanging stainless steel cages with wire mesh floors and fronts in a temperature and humidity controlled room. Food[b] and water were available ad libitum. The lights were on a 12 hour light/dark cycle.

The animals were observed daily from day 3 through day 20 of gestation for abnormal clinical signs. Body weights were recorded on days 3, 6, 9, 12, 15 and 20 of gestation and the rats dosed accordingly using a constant dose volume of 5 ml/kg of body weight. The four groups were dosed with FM-3422 (Lot 784) suspended daily in corn oil at 0, 75, 37.5 or 25 mg/kg/day. FM-3422 was administered daily by oral intubation with a syringe equipped with a ball-tipped intubation needle to the rats on days 6 through 15 gestation (day 0 indicated by sperm-positive vaginal smear). FM-3422 analytical characterization (see Appendix IV) was provided by 3M Commercial Chemical Division, St. Paul, Minnesota.

All surviving animals were sacrificed on day 20 by cervical dislocation and the ovaries and uterus, including its contents, were examined immediately to determine the following: number of corpora lutea, number of viable fetuses, number of resorption sites, pup weights and sex, and any gross fetal abnormalities. Approximately one-third of the fetuses were fixed in Bouin's solution for subsequent free-hand sectioning by the Wilson technique to determine visceral abnormalities. The remaining fetuses were preserved in alcohol for clearing and staining of the skeleton with alizarin red to detect skeletal abnormalities. Selected free-hand sections were processed for histological evaluation.

[a] Riker Experiment No. 0680TR0010
[b] Purina Laboratory Chow, Ralston Purina Company, St. Louis, MO

3MA00011421

## Results and Discussion

FM-3422 was maternally toxic to the high and mid dose groups (75 and 37.5 mg/kg/day) in reducing their group mean body weight gain during the dosing interval. All groups had lower mean weight gain than the controls at all weighings during the dosing interval of days 6 through 15 of gestation (Table 1). In the case of the high dose group at gestation days 9, 12 and 15 and in the case of the mid dose group at gestation days 9 and 15, the group mean weight gains were significantly lower than the mean weight gains of the control group (0 mg/kg/day). The lower mean weight gains of the high and mid dose groups during the dosing interval were responsible for their significantly lower mean body weights between the end of dosing and the termination of the study (Appendix V). The mean body weights and mean weight gains of the low dose group (25 mg/kg/day) were not significantly different from the control.

Abnormal clinical signs were observed and deaths occurred only in the high dose group. Three rats in the high dose group died. One rat died without clinical signs. Two of the rats that died plus one surviving rat had abnormal compound-related clinical signs which included some of the following: thin, lethargic, ataxic, blood in stool, urinary incontinence and bloody nares. The onset of abnormal clinical signs was on day 11 but the signs disappeared in the surviving rat by day 19 of gestation. The remaining 18 high dose rats and the mid and low dose rats did not have abnormal compound-related clinical signs.

The compound was not embryotoxic and did not affect the ovaries or reproductive tract contents of the dams. The mean number of male, female, total and dead fetuses, the mean number of resorption sites, implantation sites and corpora lutea of the three FM-3422 dose groups were not significantly different from the control (Table 2, Appendix VI).

FM-3422 was not fetal toxic. However, the combination of reduced maternal body weight gain (Table 1) plus higher numbers of fetuses in the treatment groups than the control group (Table 2 Appendix VI) resulted in mean fetus weights of all FM-3422 groups which were significantly lower than the control mean fetus weight. The reduced mean fetus weights were not associated with an increase in runting or other gross fetus findings (Table 3).

FM-3422 administration resulted in malformations in fetal sternebrae. The changes, although normally considered skeleton aberrations, were interpreted as compound-related malformations because of their severity. The severity and often the incidence of sternebrae malformations were greater in the three treatment groups than the control group. These malformations included the following: sternebrae asymmetrical, sternebrae bipartite, sternebrae scrambled, sternebrae enlarged, sternebrae missing and sternebrae misshapen (Table 4). All three FM-3422 dose groups had significantly higher proportions of fetuses with sternebrae asymmetrical than the control group. In addition, the high dose group had a

3MA00011422

00166

4.

significantly higher proportion of fetuses with bipartite sternebrae than the control group.

An increase in other skeleton aberrations also occurred as the result of FM-3422 administration. These skeleton aberrations included nonossification changes of the cranial bones and sternebrae plus other sternebrae and rib changes (Table 4). The high dose group had significantly higher proportions of fetuses with all of these skeleton changes than the control group. The mid and low dose groups had significantly higher proportions of fetuses with some of these changes than the control group; notably nonossification of the cranial bones, sternebrae missing and 13 ribs spurred. The skeleton aberrations found are generally considered minor but they are of appreciable significance in this study with FM-3422 because of the high proportion of fetuses with the abnormalities.

The control group had a higher proportion of fetuses with one or two bodies of the vertebrae bipartite than the three treatment groups (Table 4). This difference was significant in all instances except for the finding of one body of the vertebrae bipartite in the low dose group.

FM-3422 administration produced the teratogenic effect of cleft palate in the high and mid dose groups and blood in the kidney parenchyma in all three dose groups. The proportions of fetuses with cleft palate and blood in the kidney parenchyma were sigificantly higher in the high dose group than in the control group (Table 5). No cleft palates were present in control and low dose fetuses examined.

FM-3422 was teratogenic to the eye of the rat at all dose levels administered in this study. The teratogenic effect was a developmental eye abnormality which appeared to be an arrest in development of the primary lens fibers forming the embryonal lens nucleus, followed by secondary aberrations of the secondary lens fibers of the fetal nucleus. All eye abnormalities were localized to the area of the embryonal lens nucleus although a variety of morphological appearances were present within that location. The range of morphological appearances as observed under the dissecting microscope varied from a slight discoloration running through the lens to a discoloration of part of the lens and the presence of a cleft beneath the lens epithelium (Table 5). Histologically the discolorations were due to the presence of lens vesicle remnants forming clefts or surrounding the lens nucleus. Also contributing to the discolorations were primary lens fibers which appeared to have not elongated and the possible presence of degenerated epitrichial cells. Secondary lens fiber development progressed normally except immediately surrounding the abnormal embryonal nucleus. Prominant secondary aberrations of secondary lens fibers include V-shaped clefts between the embryonal nucleus and lens epithelium and lens vesicle remnants surrounding the nucleus.

The proportion of fetuses with the lens abnormality in one or both lenses was significantly higher in all groups than in the control group (Table 5).

3MA00011423

00167

5.

No lens abnormalities occurred in the control group.  A no-effect dose level for the teratogenic abnormality was not established in this study.

## Further Discussion on Lens Embryology

Lens structural and functional requirements are met during embryonic development by the differentiation of highly specialized populations of cells from undifferentiated procursers and by the coordinated morphogenesis of the resulting tissues.  Both processes are controlled to a remarkable extent by interactions which occur among emerging tissues.  Each tissue of the eye is brought to its final state of differentiation, its cell population, size and its definitive geometry, not only by intrinsic processes, but also by extrinsic influences exerted by neighboring tissues[1].

The embryonal origin of the lens is undifferentiated ectoderm.  The tip of the optic vesicle, presumably the neural retina, plays the final role in inducing lens from overlying ectoderm and in aligning the lens precisely with the rest of the eye.  Additional action of tissues derived from endoderm (foregut) and mesoderm (heart) on the same target tissue decreases the probability that lens formation would be aborted by accidents during the early phases of induction.  While the nature of the inductive influence remains unknown, there are indications that substances may be transferred from the presumptive neural retina to the overlying ectoderm during induction.  A prolonged period of inductive interaction not only increases the probability that lens induction will occur successfully in the face of interference, but provides a mechanism for continuously adjusting the size, shape, position and orientation of the lens to that of the retina[2].

During the early stages of the inductive process, the ectodermal cells immediately overlying the tip of the optic vesicle elongate perpendicularly to the body surface to form a thickened disc (lens placode).  The change in cell shape is accomplished without change in cell volume.  The number of cells, however, continues to increase during this period.  Toward the end of lens placode formation, acidophilic fibrils appear in the apices of the lens placode cells.  At about this time, the placode invaginates to form the lens cup.  This invagination is independent of the concomitant invagination of the underlying optic vesicle, and is probably due to forces operating within the lens ectoderm.  As the lens cup deepens, its opening (lens pore) becomes progressively constricted until its lips meet and fuse, cutting off the lens vesicle internally and re-establishing continuity in the overlying ectoderm.  Closure of the lens pore is attended by, and possibly accomplished by, a local and temporary restricted wave of cell death.  Following closure of the lens pore, the cells at the back of the lens vesicle continue to elongate, under the influence of the neural retina, to form the lens fibers.  As the fibers grow the cavity of the lens vesicle is obliterated.  The lens cells toward the ectoderm, which do not elongate further, form the lens epithelium[2].

The cuboidal lens epithelial cells which face the cornea continue to grow

3MA00011424

6.

after the lens vesicle forms.  As the cells rotate through the equator region, they take their places on the surface of the growing fiber mass. These cells differentiate into secondary lens fibers at the equator and elongate rapidly toward the poles of the lens where they meet with other fibers in planes of junction called sutures.  As secondary fibers grow their nuclei become positioned at about the center of the fibers and form a convex lens bow outward.  Since the newer fibers are always deposited superficially, the oldest fibers in the lens come to lie centrally and are referred to collectively as the lens nucleus.  With time the lens cell nuclei in this region become pycnotic and finally disappear.  The cell fibers, however, are not broken down and removed but remain in place.  Thus the size and shape of the lens are controlled by factors which control the number, size and shape of the lens cells[2].

The teratogenic lens effect of FM-3422 probably occurred during the portion of organogenesis between differentiation of lens tissue from ectoderm and the formation of secondary lens fibers surrounding the embryonal lens nucleus.  The exact time of the teratogenic insult and the morphogenesis of the abnormality were not determined in the study.  The developmental lens abnormality appears to be unique because it has not been described as a compound-related abnormality[3].  A similar-appearing structural lens abnormality has been reported to occur spontaneously in rat fetuses but with a very low incidence of 1.2%[4].  The abnormality resembles the Fraser developmental lens abnormality of a mutant mouse strain which results from degenerative primary lens cells[5].

3MA00011425

References

1.  Coulombre AJ, Coulombre JL: Abnormal Organogenesis of the Eye,
    in Wilson J, Fraser FC (eds):  Handbook of Teratology 2:Mechanisms
    and Pathogenesis.  New York, Plenum Press, 1977, pp 329-341.

2.  Coulombre AJ:  The Eye, in DeHaan RL, Ursprung H (eds):
    Organogenesis.  New York, Holt Rinehart and Winston, 1965, pp 227-232.

3.  Mann I:  Development Abnormalities of the Eye, 2nd ed.  Philadelphia,
    JB Lippincott Co., 1957.

4.  Weisse I, Niggeschulze A, Stotzer H:  Spontaneous congenital cataracts
    in rats, mice and rabbits.  Archiv Fuer Toxikologie 32:  pp 199-207, 1974.

5.  Hamai Y, Kuwabara T:  Early cytologic changes of Fraser cataract.
    An electron microscopic study.  Investigative Ophthalmology 14 (7):
    pp 517-527, 1975.

3MA00011426

00170

8.

### Table 1

Oral Teratology Study of FM-3422 in Rats
Mean Body Weight Gains of Pregnant Rats Between Weighings
with Standard Deviations

| Dose Group | | Gestation Day | | | | |
|---|---|---|---|---|---|---|
| | | 6 | 9 | 12 | 15 | 20 |
| 0 mg/kg/day | MEAN | 28 | 17 | 26 | 29 | 71 |
| | STAN. DEV | 5.5 | 7.5 | 5.8 | 4.9 | 12.1 |
| 75 mg/kg/day | MEAN | 30 | 0[a] | 6[a] | 2[a] | 69 |
| | STAN. DEV | 14.2 | 14.6 | 19.8 | 17.0 | 15.1 |
| 37.5 mg/kg/day | MEAN | 28 | 6[a] | 17 | 14[a] | 69 |
| | STAN. DEV | 5.4 | 10.9 | 9.8 | 10.4 | 15.8 |
| 25 mg/kg/day | MEAN | 27 | 11 | 20 | 22 | 73 |
| | STAN. DEV | 11.9 | 15.3 | 8.9 | 5.4 | 11.6 |

[a] Significantly lower than the control (Dunnett's t test p < 0.05)

3MA00011427

00171

9.

Table 2

Oral Teratology Study of FM-3422 in Rats
Mean Litter Data with Fetus Weights and Standard
Deviations

| Dose Group | No. of Animals | VIABLE FETUSES M | F | TOTAL | DEAD FETUSES | RESORPTION SITES | IMPLANTATION SITES | CORPORA LUTEA | MEAN WT. FETUS(G) |
|---|---|---|---|---|---|---|---|---|---|
| 0 mg/kg/day | 18 | 3.6 1.6 | 5.4 1.8 | 8.9 2.6 | 0.0 0.0 | 0.7 1.0 | 9.6 2.5 | 9.9 2.1 | 4.4 0.5 |
| 75 mg/kg/day | 17 | 5.1 2.1 | 4.7 2.3 | 9.8 2.1 | 0.1 0.2 | 0.5 0.6 | 10.4 1.9 | 10.5 2.2 | 3.7a 0.5 |
| 37.5 mg/kg/day | 20 | 4.4 2.1 | 5.4 2.1 | 9.7 1.9 | 0.0 0.0 | 0.7 0.9 | 10.4 1.6 | 10.5 1.7 | 4.0a 0.3 |
| 25 mg/kg/day | 21 | 4.3 1.6 | 5.8 1.9 | 10.1 1.9 | 0.0 0.0 | 0.5 0.5 | 10.7 2.0 | 11.3 1.9 | 4.0a 0.3 |

a Significantly lower than the control (Dunnett's t test p < 0.05)

3MA00011428

1249.0010

00172

10.

Table 3

Oral Teratology Study of FM-3422 in Rats
Number of Fetuses with Gross Findings[a]

| Finding | 0 mg/kg/day | 75 mg/kg/day | 37.5 mg/kg/day | 25 mg/kg/day |
|---|---|---|---|---|
| Total Fetuses Examined | 161 | 167 | 195 | 213 |
| Runted | --- | 2 | --- | 2 |
| Umbilical hernia | 1 | --- | --- | 2 |
| Total Normal Fetuses | 160 | 165 | 195 | 209 |
| Total Abnormal Fetuses | 1 | 2 | 0 | 4 |

[a] Treatment groups were not significantly different from control
(Chi-square $p < 0.05$)

3MA00011429

Table 4

Oral Teratology Study of FM-3422 in Rats
Number and Percent of Fetuses with Skeleton Findings

| Skeleton Finding | 0 mg/kg/day | | 75 mg/kg/day | | 37.5 mg/kg/day | | 25 mg/kg/day | |
|---|---|---|---|---|---|---|---|---|
| Fontanelle not closed | 27 | (24) | 26 | (22) | 25 | (18) | 28 | (19) |
| Holes in parietal | 1 | (1) | 1 | (1) | | | | |
| Parietal scalloped | 1 | (1) | | | | | | |
| Frontal nonossified | 21 | (19) | 62 | (53)[a] | 70 | (51)[a] | 75 | (50)[a] |
| Parietal nonossified | 21 | (19) | 62 | (53)[a] | 70 | (51)[a] | 74 | (50)[a] |
| Interparietal nonossified | 14 | (12) | 54 | (47)[a] | 46 | (33)[a] | 59 | (40)[a] |
| Occipital nonossified | | | 1 | (1) | | | | |
| Sternebrae nonossified | 80 | (71) | 100 | (86)[a] | 102 | (74) | 111 | (75) |
| Sternebrae asymmetrical | 10 | (9) | 42 | (36)[a] | 34 | (25)[a] | 36 | (24)[a] |
| Sternebrae bipartite | 2 | (2) | 37 | (32)[a] | 6 | (4) | 5 | (3) |
| Sternebrae scrambled | | | 1 | (1) | 1 | (1) | | |
| Sternebrae enlarged | | | 1 | (1) | | | | |
| Sternebrae misshapen | | | | | 1 | (1) | | |
| One sternebrae missing | 23 | (20) | 32 | (28) | 31 | (22) | 33 | (22) |
| Two sternebrae missing | 2 | (2) | 16 | (14)[a] | 9 | (7) | 16 | (11)[a] |
| Three sternebrae missing | | | 1 | (1) | | | | |
| One body vertebrae missing | | | 1 | (1) | | | | |
| 13 ribs | 1 | (1) | 3 | (3) | 3 | (2) | 5 | (3) |
| 13 ribs spurred | 3 | (3) | 32 | (28)[a] | 28 | (20)[a] | 9 | (6) |
| Wavy ribs | 5 | (4) | 8 | (7) | 4 | (3) | 2 | (1) |
| Protrusion on ribs | 8 | (7) | 12 | (10) | 5 | (4) | 7 | (5) |
| One body of the vertebrae bipartite | 29 | (26) | 15 | (13)[b] | 21 | (15)[b] | 30 | (20) |
| Two bodies of the vertebrae bipartite | 17 | (15) | 4 | (3)[b] | 5 | (4)[b] | 3 | (2)[b] |
| Three bodies of the vertebrae bipartite | | | | | 1 | (1) | 2 | (1) |
| Four bodies of the vertebrae bipartite | | | | | | | 1 | (1) |
| Five bodies of the vertebrae bipartite | | | | | | | 1 | (1) |
| Total Normal Fetuses | 9 | (8) | 2 | (2) | 6 | (4) | 7 | (5) |
| Total Abnormal Fetuses | 104 | (92) | 114 | (98) | 132 | (96) | 142 | (95) |
| Total Fetuses Examined | 113 | | 116 | | 138 | | 149 | |

[a] Significantly higher than the control (Chi-square p < 0.05)
[b] Significantly lower than the control (Chi-square p < 0.05)
( ) = percent of total examined

3MA00011430

00174
12.

Table 5

Oral Teratology Study of FM-3422 in Rats
Number and Percent of Fetuses with Internal Findings

| Internal Finding | 0 mg/kg/day | | 75 mg/kg/day | | 37.5 mg/kg/day | | 25 mg/kg/day | |
|---|---|---|---|---|---|---|---|---|
| Fetuses with eye abnormalities | 0 | | 35 | (69)[a] | 29 | (51)[a] | 27 | (42)[a] |
| Discoloration running through the lens of one eye | | | 7 | (13) | 2 | (4) | 1 | (2) |
| Discoloration running through the lens of both eyes | | | | | | | 1 | (2) |
| Discoloration running 1/2 to 3/4 through the lens of one eye | | | 16 | (31)[a] | 13 | (23)[a] | 10 | (16)[a] |
| Discoloration running 1/2 to 3/4 through the lens of both eyes | | | 5 | (10) | 1 | (2) | 5 | (8) |
| Discoloration in back of lens | | | | | | | 2 | (3) |
| Bubble on outside of lens and discoloration running through the lens of one eye | | | 1 | (2) | | | | |
| Cleft in the lens and discoloration running through the lens of one eye | | | 5 | (10) | 7 | (12)[a] | 4 | (6) |
| Cleft in the lens and discoloration running through the lens of both eyes | | | | | 1 | (2) | | |
| Bubble on outside of lens cleft in the lens of one eye | | | | | 1 | (2) | 1 | (2) |
| Cleft in the lens of one eye | | | 1 | (2) | 5 | (9) | 3 | (5) |
| Open space in the rear of the lens of one eye | | | | | | | 1 | (2) |
| Small eyes | | | 1 | (2) | | | | |
| Cleft palate | | | 7 | (14)[a] | 3 | (5) | | |
| Enlarged atriums | | | | | | | 2 | (3) |
| Enlarged renal pelvis area in the kidney | 5 | (10) | 1 | (2) | | | | |
| Blood in the kidney parenchyma | | | 11 | (22)[a] | 3 | (5) | 3 | (5) |
| Abdominal cavity full of blood | 1 | (2) | 3 | (6) | | | 1 | (2) |
| Total Normal Fetuses | 42 | (87.5) | 8 | (16) | 25 | (44) | 32 | (50) |
| Total Abnormal Fetuses | 6 | (12.5) | 43 | (84) | 32 | (56) | 32 | (50) |
| Total Fetuses Examined | 48 | | 51 | | 57 | | 64 | |

[a] Significantly different from the control (Chi-square p< 0.05)

3MA00011431



REPORT NO. 1610

DATE:  2/18/81

Oral Teratology Study of FM-3422 in Rats

Experiment No.:                          0680TR0010

Conducted At:                            Safety Evaluation Laboratory
                                         Riker Laboratories, Inc.
                                         St. Paul, Minnesota

Inclusive Dosing Period:                 August 19 to September 4, 1980

Study Director:                          E. G. Gortner

E. G. Gortner                1-22-81
E. G. Gortner              Date
Senior Research Technologist
Animal Reproduction-Teratology
Study Director

Elden G. Lamprecht        1-22-81
E. G. Lamprecht, DVM, PhD      Date
Research Veterinary Pathologist

M. T. Case            4/23/81
M. T. Case, DVM, PhD      Date
Manager, Pathology-Toxicology
Safety Evaluation Laboratory

**Exhibit
1251**

State of Minnesota v. 3M Co.,
Court File No. 27-CV-10-28862

10 077924

3MA00326722



1.

## Summary

Oral administration of FM-3422 at 75, 37.5 and 25 mg/kg/day to pregnant Sprague-Dawley rats during days 6 through 15 of gestation (period of organogenesis) was teratogenic to rat fetuses. Teratogenic changes included a developmental eye abnormality, cleft palate, blood in the kidney parenchyma and sternebrae malformations. The developmental eye abnormality appeared to be an arrest in development of the primary lens fibers forming the embryonal lens nucleus followed by secondary aberrations of the secondary lens fibers of the fetal nucleus. The proportions of fetuses with the lens changes were significantly higher in all FM-3422 groups than in the control group. Cleft palates were produced in the 75 and 37.5 mg/kg/day groups. All three groups receiving compound had fetuses with blood in the kidney parenchyma. The sternebrae changes, although normally considered skeleton aberrations, were viewed as compound-related malformations because of their severity. FM-3422 also produced an increase in other fetal skeleton aberrations.

FM-3422 was not embryotoxic and did not affect the ovaries or reproductive tract contents of the dams.

FM-3422 was maternally toxic to the 75 and 37.5 mg/kg/day dose animals in reducing their group mean body weight gain during the dosing interval. Toxic clinical signs and deaths occurred in only the 75 mg/kg/day dose group.

10 077925

3MA00326723

4.

significantly higher proportion of fetuses with bipartite sternebrae than the control group.

An increase in other skeleton aberrations also occurred as the result of FM-3422 administration. These skeleton aberrations included nonossification changes of the cranial bones and sternebrae plus other sternebrae and rib changes (Table 4). The high dose group had significantly higher proportions of fetuses with all of these skeleton changes than the control group. The mid and low dose groups had significantly higher proportions of fetuses with some of these changes than the control group; notably nonossification of the cranial bones, sternebrae missing and 13 ribs spurred. The skeleton aberrations found are generally considered minor but they are of appreciable significance in this study with FM-3422 because of the high proportion of fetuses with the abnormalities.

The control group had a higher proportion of fetuses with one or two bodies of the vertebrae bipartite than the three treatment groups (Table 4). This difference was significant in all instances except for the finding of one body of the vertebrae bipartite in the low dose group.

FM-3422 administration produced the teratogenic effect of cleft palate in the high and mid dose groups and blood in the kidney parenchyma in all three dose groups. The proportions of fetuses with cleft palate and blood in the kidney parenchyma were significantly higher in the high dose group than in the control group (Table 5). No cleft palates were present in control and low dose fetuses examined.

FM-3422 was teratogenic to the eye of the rat at all dose levels administered in this study. The teratogenic effect was a developmental eye abnormality which appeared to be an arrest in development of the primary lens fibers forming the embryonal lens nucleus, followed by secondary aberrations of the secondary lens fibers of the fetal nucleus. All eye abnormalities were localized to the area of the embryonal lens nucleus although a variety of morphological appearances were present within that location. The range of morphological appearances as observed under the dissecting microscope varied from a slight discoloration running through the lens to a discoloration of part of the lens and the presence of a cleft beneath the lens epithelium (Table 5). Histologically the discolorations were due to the presence of lens vesicle remnants forming clefts or surrounding the lens nucleus. Also contributing to the discolorations were primary lens fibers which appeared to have not elongated and the possible presence of degenerated epitrichial cells. Secondary lens fiber development progressed normally except immediately surrounding the abnormal embryonal nucleus. Prominant secondary aberrations of secondary lens fibers include V-shaped clefts between the embryonal nucleus and lens epithelium and lens vesicle remnants surrounding the nucleus.

The proportion of fetuses with the lens abnormality in one or both lenses was significantly higher in all groups than in the control group (Table 5).

10 077926

3MA00326724



3.

## Results and Discussion

FM-3422 was maternally toxic to the high and mid dose groups (75 and 37.5 mg/kg/day) in reducing their group mean body weight gain during the dosing interval. All groups had lower mean weight gain than the controls at all weighings during the dosing interval of days 6 through 15 of gestation (Table 1). In the case of the high dose group at gestation days 9, 12 and 15 and in the case of the mid dose group at gestation days 9 and 15, the group mean weight gains were significantly lower than the mean weight gains of the control group (0 mg/kg/day). The lower mean weight gains of the high and mid dose groups during the dosing interval were responsible for their significantly lower mean body weights between the end of dosing and the termination of the study (Appendix V). The mean body weights and mean weight gains of the low dose group (25 mg/kg/day) were not significantly different from the control.

Abnormal clinical signs were observed and deaths occurred only in the high dose group. Three rats in the high dose group died. One rat died without clinical signs. Two of the rats that died plus one surviving rat had abnormal compound-related clinical signs which included some of the following: thin, lethargic, ataxic, blood in stool, urinary incontinence and bloody nares. The onset of abnormal clinical signs was on day 11 but the signs disappeared in the surviving rat by day 19 of gestation. The remaining 18 high dose rats and the mid and low dose rats did not have abnormal compound-related clinical signs.

The compound was not embryotoxic and did not affect the ovaries or reproductive tract contents of the dams. The mean number of male, female, total and dead fetuses, the mean number of resorption sites, implantation sites and corpora lutea of the three FM-3422 dose groups were not significantly different from the control (Table 2, Appendix VI).

FM-3422 was not fetal toxic. However, the combination of reduced maternal body weight gain (Table 1) plus higher numbers of fetuses in the treatment groups than the control group (Table 2 Appendix VI) resulted in mean fetus weights of all FM-3422 groups which were significantly lower than the control mean fetus weight. The reduced mean fetus weights were not associated with an increase in runting or other gross fetus findings (Table 3).

FM-3422 administration resulted in malformations in fetal sternebrae. The changes, although normally considered skeleton aberrations, were interpreted as compound-related malformations because of their severity. The severity and often the incidence of sternebrae malformations were greater in the three treatment groups than the control group. These malformations included the following: sternebrae asymmetrical, sternebrae bipartite, sternebrae scrambled, sternebrae enlarged, sternebrae missing and sternebrae misshapen (Table 4). All three FM-3422 dose groups had significantly higher proportions of fetuses with sternebrae asymmetrical than the control group. In addition, the high dose group had a

10 077927

3MA00326725



2.

## Introduction

This teratology study [a] in rats was conducted to evaluate the embryotoxic and teratogenic effects of orally administered FM-3422. The study was sponsored by 3M Commercial Chemical Division, St. Paul, Minnesota and was conducted by the Safety Evaluation Laboratory, Riker Laboratories, Inc., St. Paul, Minnesota. Two sets of compound administration groups were dosed between August 19 and September 4, 1980. The protocol and list of the principal participants and supervisory personnel can be found in Appendices I and II respectively.

All portions of this study were conducted according to the Good Laboratory Practice (GLP) regulations and the Safety Evaluation Laboratory Standard Operating Procedures (see Appendix III for Quality Assurance Unit statment). The storage location for specimens, raw data and a copy of the final report is maintained in the Safety Evaluation Laboratory's record archives.

## Methods

Time mated Sprague Dawley derived rats were obtained from Charles River Breeding Laboratory and assigned cages according to a computer-generated random numbers table. The rats were then divided into four groups of 22 animals weighing 140 to 240 grams. The rats were housed individually in hanging stainless steel cages with wire mesh floors and fronts in a temperature and humidity controlled room. Food [b] and water were available ad libitum. The lights were on a 12 hour light/dark cycle.

The animals were observed daily from day 3 through day 20 of gestation for abnormal clinical signs. Body weights were recorded on days 3, 6, 9, 12, 15 and 20 of gestation and the rats dosed accordingly using a constant dose volume of 5 ml/kg of body weight. The four groups were dosed with FM-3422 (Lot 784) suspended daily in corn oil at 0, 75, 37.5 or 25 mg/kg/day. FM-3422 was administered daily by oral intubation with a syringe equipped with a ball-tipped intubation needle to the rats on days 6 through 15 gestation (day 0 indicated by sperm-positive vaginal smear). FM-3422 analytical characterization (see Appendix IV) was provided by 3M Commercial Chemical Division, St. Paul, Minnesota.

All surviving animals were sacrificed on day 20 by cervical dislocation and the ovaries and uterus, including its contents, were examined immediately to determine the following: number of corpora lutea, number of viable fetuses, number of resorption sites, pup weights and sex, and any gross fetal abnormalities. Approximately one-third of the fetuses were fixed in Bouin's solution for subsequent free-hand sectioning by the Wilson technique to determine visceral abnormalities. The remaining fetuses were preserved in alcohol for clearing and staining of the skeleton with alizarin red to detect skeletal abnormalities. Selected free-hand sections were processed for histological evaluation.

[a] Riker Experiment No. 0680TRO010
[b] Purina Laboratory Chow, Ralston Purina Company, St. Louis, MO

10 077928

3MA00326726



5.

No lens abnormalities occurred in the control group.  A no-effect dose level for the teratogenic abnormality was not established in this study.

Further Discussion on Lens Embryology

Lens structural and functional requirements are met during embryonic development by the differentiation of highly specialized populations of cells from undifferentiated procursers and by the coordinated morphogenesis of the resulting tissues.  Both processes are controlled to a remarkable extent by interactions which occur among emerging tissues.  Each tissue of the eye is brought to its final state of differentiation, its cell population, size and its definitive geometry, not only by intrinsic processes[1], but also by extrinsic influences exerted by neighboring tissues[2].

The embryonal origin of the lens is undifferentiated ectoderm.  The tip of the optic vesicle, presumably the neural retina, plays the final role in inducing lens from overlying ectoderm and in aligning the lens precisely with the rest of the eye.  Additional action of tissues derived from endoderm (foregut) and mesoderm (heart) on the same target tissue decreases the probability that lens formation would be aborted by accidents during the early phases of induction.  While the nature of the inductive influence remains unknown, there are indications that substances may be transferred from the presumptive neural retina to the overlying ectoderm during induction.  A prolonged period of inductive interaction not only increases the probability that lens induction will occur successfully in the face of interference, but provides a mechanism for continuously adjusting the size, shape, position and orientation of the lens to that of the retina[2].

During the early stages of the inductive process, the ectodermal cells immediately overlying the tip of the optic vesicle elongate perpendicularly to the body surface to form a thickened disc (lens placode).  The change in cell shape is accomplished without change in cell volume.  The number of cells, however, continues to increase during this period.  Toward the end of lens placode formation, acidophilic fibrils appear in the apices of the lens placode cells.  At about this time, the placode invaginates to form the lens cup.  This invagination is independent of the concomitant invagination of the underlying optic vesicle, and is probably due to forces operating within the lens ectoderm.  As the lens cup deepens, its opening (lens pore) becomes progressively constricted until its lips meet and fuse, cutting off the lens vesicle internally and re-establishing continuity in the overlying ectoderm.  Closure of the lens pore is attended by, and possibly accomplished by, a local and temporary restricted wave of cell death.  Following closure of the lens pore, the cells at the back of the lens vesicle continue to elongate, under the influence of the neural retina, to form the lens fibers.  As the fibers grow the cavity of the lens vesicle is obliterated.  The lens cells toward the ectoderm, which do not elongate further, form the lens epithelium[2].

The cuboidal lens epithelial cells which face the cornea continue to grow



10  077929

3MA00326727

6.

after the lens vesicle forms.  As the cells rotate through the equator
region, they take their places on the surface of the growing fiber mass.
These cells differentiate into secondary lens fibers at the equator and
elongate rapidly toward the poles of the lens where they meet with other
fibers in planes of junction called sutures.  As secondary fibers grow
their nuclei become positioned at about the center of the fibers and form a
convex lens bow outward.  Since the newer fibers are always deposited
superficially, the oldest fibers in the lens come to lie centrally and are
referred to collectively as the lens nucleus.  With time the lens cell
nuclei in this region become pycnotic and finally disappear.  The cell
fibers, however, are not broken down and removed but remain in place.  Thus
the size and shape of the lens are controlled by factors which control the
number, size and shape of the lens cells[2].

The teratogenic lens effect of FM-3422 probably occurred during the portion
of organogenesis between differentiation of lens tissue from ectoderm and
the formation of secondary lens fibers surrounding the embryonal lens
nucleus.  The exact time of the teratogenic insult and the morphogenesis of
the abnormality were not determined in the study.  The developmental lens
abnormality appears to be unique because it has not been described as a
compound-related abnormality[3].  A similar-appearing structural lens
abnormality has been reported to occur spontaneously in rat fetuses but
with a very low incidence of 1.2%[4].  The abnormality resembles the Fraser
developmental lens abnormality of a mutant mouse strain which results from
degenerative primary lens cells[5].

10 077930

3MA00326728

7.

CONFIDENTIAL

## References

1.  Coulombre AJ, Coulombre JL: Abnormal Organogenesis of the Eye,
    in Wilson J, Fraser FC (eds): Handbook of Teratology 2:Mechanisms
    and Pathogenesis.  New York, Plenum Press, 1977, pp 329-341.

2.  Coulombre AJ:  The Eye, in DeHaan RL, Ursprung H (eds):
    Organogenesis.  New York, Holt Rinehart and Winston, 1965, pp 227-232.

3.  Mann I:  Development Abnormalities of the Eye, 2nd ed.  Philadelphia,
    JB Lippincott Co., 1957.

4.  Weisse I, Niggeschulze A, Stotzer H:  Spontaneous congenital cataracts
    in rats, mice and rabbits.  Archiv Fuer Toxikologie 32:  pp 199-207, 1974.

5.  Hamai Y, Kuwabara T:  Early cytologic changes of Fraser cataract.
    An electron microscopic study.  Investigative Ophthalmology 14  (7):
    pp 517-527, 1975.

10 077931

3MA00326729



8.

Table 1

Oral Teratology Study of FM-3422 in Rats
Mean Body Weight Gains of Pregnant Rats Between Weighings
with Standard Deviations

| Dose Group | | | Gestation Day | | | | |
|---|---|---|---|---|---|---|---|
| | | | 6 | 9 | 12 | 15 | 20 |
| 0 mg/kg/day | MEAN | | 28 | 17 | 26 | 29 | 71 |
| | STAN. DEV | | 5.5 | 7.5 | 5.8 | 4.9 | 12.1 |
| 75 mg/kg/day | MEAN | | 30 | .0[a] | 6[a] | 2[a] | 69 |
| | STAN. DEV | | 14.2 | 14.6 | 19.8 | 17.0 | 15.1 |
| 37.5 mg/kg/day | MEAN | | 28 | 6[a] | 17 | 14[a] | 69 |
| | STAN. DEV | | 5.4 | 10.9 | 9.8 | 10.4 | 15.8 |
| 25 mg/kg/day | MEAN | | 27 | 11 | 20 | 22 | 72 |
| | STAN. DEV | | 11.9 | 15.3 | 8.9 | 5.4 | 11.6 |

[a] Significantly lower than the control (Dunnett's t test p < 0.05)

10 077932

3MA00326730

Table 2

Oral Teratology Study of FM-3422 in Rats
Mean Litter Data with Fetus Weights and Standard
Deviations

| Dose Group | No. of Animals | VIABLE FETUSES | | | DEAD FETUSES | RESORPTION SITES | IMPLANTATION SITES | CORPORA LUTEA | MEAN WT. FETUS(G) |
|---|---|---|---|---|---|---|---|---|---|
| | | M | F | TOTAL | | | | | |
| 0 mg/kg/day | 18 | 3.6 | 5.4 | 8.9 | 0.0 | 0.7 | 9.6 | 9.9 | 4.4 |
| | | 1.6 | 1.8 | 2.6 | 0.0 | 1.0 | 2.5 | 2.1 | 0.5 |
| 75 mg/kg/day | 17 | 5.1 | 4.7 | 9.8 | 0.1 | 0.5 | 10.4 | 10.5 | 3.7± |
| | | 2.1 | 2.3 | 2.1 | 0.2 | 0.6 | 1.9 | 2.2 | 0.5 |
| 37.5 mg/kg/day | 20 | 4.4 | 5.4 | 9.7 | 0.0 | 0.7 | 10.4 | 10.5 | 4.0± |
| | | 2.1 | 2.1 | 1.9 | 0.0 | 0.9 | 1.6 | 1.7 | 0.3 |
| 25 mg/kg/day | 21 | 4.3 | 5.8 | 10.1 | 0.0 | 0.5 | 10.7 | 11.2 | 4.0± |
| | | 1.6 | 1.9 | 1.9 | 0.0 | 0.5 | 2.0 | 1.9 | 0.3 |

± Significantly lower than the control (Dunnett's t test p < 0.05)

10 077933

3MA00326731

1251.0010



16.

Table 3

Oral Teratology Study of FM-3422 in Rats
Number of Fetuses with Gross Findings[a]

| Finding | 0 mg/kg/day | 75 mg/kg/day | 37.5 mg/kg/day | 25 mg/kg/day |
|---|---|---|---|---|
| Total Fetuses Examined | 161 | 167 | 195 | 213 |
| Runted | --- | 2 | --- | 2 |
| Umbilical hernia | 1 | --- | --- | 2 |
| Total Normal Fetuses | 160 | 165 | 195 | 209 |
| Total Abnormal Fetuses | 1 | 2 | 0 | 4 |

[a] Treatment groups were not significantly different from control
(Chi-square $p < 0.05$)



10 077934

3MA00326732

11.

Table 4

Oral Teratology Study of FM-3422 in Rats
Number and Percent of Fetuses with Skeleton Findings

| Skeleton Finding | 0 mg/kg/day | | 75 mg/kg/day | | 37.5 mg/kg/day | | 25 mg/kg/day | |
|---|---|---|---|---|---|---|---|---|
| Fontanelle not closed | 27 | (24) | 26 | (22) | 25 | (18) | 28 | (19) |
| Holes in parietal | 1 | (1) | 1 | (1) | | | | |
| Parietal scalloped | 1 | (1) | | | | | | |
| Frontal nonossified | 21 | (19) | 62 | (53)[a] | 70 | (51)[a] | 75 | (50)[a] |
| Parietal nonossified | 21 | (19) | 62 | (53)[a] | 70 | (51)[a] | 74 | (50)[a] |
| Interparietal nonossified | 14 | (12) | 54 | (47)[a] | 46 | (33)[a] | 59 | (40)[a] |
| Occipital nonossified | | | 1 | (1) | | | | |
| Sternebrae nonossified | 80 | (71) | 100 | (86)[a] | 102 | (74) | 111 | (75) |
| Sternebrae asymmetrical | 10 | (9) | 42 | (36)[a] | 34 | (25)[a] | 36 | (24)[a] |
| Sternebrae bipartite | 2 | (2) | 37 | (32)[a] | 6 | (4) | 5 | (3) |
| Sternebrae scrambled | | | 1 | (1) | 1 | (1) | | |
| Sternebrae enlarged | | | 1 | (1) | | | | |
| Sternebrae misshapen | | | | | 1 | (1) | | |
| One sternebrae missing | 23 | (20) | 32 | (28) | 31 | (22) | 33 | (22) |
| Two sternebrae missing | 2 | (2) | 16 | (14)[a] | 9 | (7) | 16 | (11)[a] |
| Three sternebrae missing | | | 1 | (1) | | | | |
| One body vertebrae missing | | | 1 | (1) | | | | |
| 13 ribs | 1 | (1) | 3 | (3) | 3 | (2) | 5 | (3) |
| 13 ribs spurred | 3 | (3) | 32 | (28)[a] | 28 | (20)[a] | 9 | (6) |
| Wavy ribs | 5 | (4) | 8 | (7) | 4 | (3) | 2 | (1) |
| Protrusion on ribs | 8 | (7) | 12 | (10) | 5 | (4) | 7 | (5) |
| One body of the vertebrae bipartite | 29 | (26) | 15 | (13)[b] | 21 | (15)[b] | 30 | (20) |
| Two bodies of the vertebrae bipartite | 17 | (15) | 4 | (3)[b] | 5 | (4)[b] | 3 | (2)[b] |
| Three bodies of the vertebrae bipartite | | | | | 1 | (1) | 2 | (1) |
| Four bodies of the vertebrae bipartite | | | | | | | 1 | (1) |
| Five bodies of the vertebrae bipartite | | | | | | | 1 | (1) |
| Total Normal Fetuses | 9 | (8) | 2 | (2) | 6 | (4) | 7 | (5) |
| Total Abnormal Fetuses | 104 | (92) | 114 | (98) | 132 | (96) | 142 | (95) |
| Total Fetuses Examined | 113 | | 116 | | 138 | | 149 | |

[a] Significantly higher than the control (Chi-square $p < 0.05$)
[b] Significantly lower than the control (Chi-square $p < 0.05$)
( ) = percent of total examined

10 077935

3MA00326733

12.

Table 5

Oral Teratology Study of FM-3422 in Rats
Number and Percent of Fetuses with Internal Findings

| Internal Finding | 0 mg/kg/day | | 75 mg/kg/day | | 37.5 mg/kg/day | | 25 mg/kg/day | |
|---|---|---|---|---|---|---|---|---|
| Fetuses with eye abnormalities | 0 | | 35 | (69)[a] | 29 | (51)[a] | 27 | (42)[a] |
| Discoloration running through the lens of one eye | | | 7 | (13) | 2 | (4) | 1 | (2) |
| Discoloration running through the lens of both eyes | | | | | | | 1 | (2) |
| Discoloration running 1/2 to 3/4 through the lens of one eye | | | 16 | (31)[a] | 13 | (23)[a] | 10 | (16)[a] |
| Discoloration running 1/2 to 3/4 through the lens of both eyes | | | 5 | (10) | 1 | (2) | 5 | (8) |
| Discoloration in back of lens | | | | | | | 2 | (3) |
| Bubble on outside of lens and discoloration running through the lens of one eye | | | 1 | (2) | | | | |
| Cleft in the lens and discoloration running through the lens of one eye | | | 5 | (10) | 7 | (12)[a] | 4 | (6) |
| Cleft in the lens and discoloration running through the lens of both eyes | | | | | 1 | (2) | | |
| Bubble on outside of lens cleft in the lens of one eye | | | | | 1 | (2) | 1 | (2) |
| Cleft in the lens of one eye | | | 1 | (2) | 5 | (9) | 3 | (5) |
| Open space in the rear of the lens of one eye | | | | | | | 1 | (2) |
| Small eyes | | | 1 | (2) | | | | |
| Cleft palate | | | 7 | (14)[a] | 3 | (5) | | |
| Enlarged atriums | | | | | | | 2 | (3) |
| Enlarged renal pelvis area in the kidney | 5 | (10) | 1 | (2) | | | | |
| Blood in the kidney parenchyma | | | 11 | (22)[a] | 3 | (5) | 3 | (5) |
| Abdominal cavity full of blood | 1 | (2) | 3 | (6) | | | 1 | (2) |
| Total Normal Fetuses | 42 | (87.5) | 8 | (16) | 25 | (44) | 32 | (50) |
| Total Abnormal Fetuses | 6 | (12.5) | 43 | (84) | 32 | (56) | 32 | (50) |
| Total Fetuses Examined | 48 | | 51 | | 57 | | 64 | |

[a] Significantly different from the control (Chi-square p< 0.05)

10 077936

3MA00326734



13.

Appendix I

Oral Teratology Study of FM-3422 in Rats
Protocol

Objective

A teratology study will be used to evaluate the embryotoxic and teratogenic
effects of orally administered FM-3422 to pregnant rats during the period of
organogenesis.  The procedure complies with the general recommendations of the
FDA issued in January, 1966 ("Guidelines for Reproduction Studies for Safety
Evaluation of Drugs for Human Use").  The study will be conducted according
to the 1978 Good Laboratory Practice regulations and Safety Evaluation
Laboratory's Standard Operating Procedures.

Sponsor

3M Commercial Chemical Division, St. Paul, Minnesota.

Testing Facility

Safety Evaluation Laboratory, Riker Laboratories, Inc., St. Paul, Minnesota.

Study Director

E. G. Gortner

Start of Dosing

Mid August, 1980.

Test System

Eighty-eight sexually mature, time mated Sprague-Dawley derived female rats
from Charles River Breeding Laboratory will be housed in hanging stainless
steel cages with wire mesh floors and fronts in a temperature and humidity
controlled room.  This strain of rats will be used because of historical
control data and time mated females are readily avilable.  Purina Laboratory
Chow and water will be available ad litibum.  The lights will be on a 12 hour
light/dark cycle.

Test System Identification

Each animal will be ear tagged and that number will be indicated on the
outside of the cage.

Randomization

The animals will be assigned cages according to a computer-generated random
numbers table.

10 077937

3MA00326735



14.

Appendix I (Concluded)

Control Article

Corn oil.

Test Article

FM-3422.

Analytical Specifications

The test article, composition and purity will be determined by the Sponsor
(3M Commercial Chemical group) prior to the start of the study and at the
end of dosing.

Dosage Levels and Experiment Design

The test article will be suspended in corn oil daily.  The test article
suspension and control article will be administered by oral intubation to the
rats on days 6 through 15 of gestation according to the following:

| Dose Group | Dose Level | Group Size |
|------------|------------|------------|
| High | 75 mg/kg/day | 22 ♀ |
| Mid | 37.5 mg/kg/day | 22 ♀ |
| Low | 25 mg/kg/day | 22 ♀ |
| Control | 0 mg/kg/day | 22 ♀ |

The oral route of administration will be used because toxicity has been
defined by this route in a rangefinder study.  No dietary contaminants are
known to interfere with the test article.

The animals will be observed daily from day 3 through day 20 of gestation for
abnormal clinical signs.  Body weights will be recorded on days 3, 6, 9, 12,
15 and 20 or pregnancy and the rats dosed accordingly using a constant dose
volume of 5 ml/kg of body weight.

The females will be killed on day 20 and the ovaries, uterus and its contents
will be examined to determine:  number of corpora lutea, number of fetuses
(live and dead), number of resorption sites, number of implantation sites, pup
weight and gross abnormalities.  Approximately one-third of the pups will be
fixed in Bouin's solution for subsequent free-hand sectioning by the Wilson
technique to determine any visceral abnormalities using a dissecting microscope.
The remaining approximately two-thirds of the pups will be fixed in ethyl alcohol
for subsequent skeletal examination after clearing and staining with alizarin red.

Data Analysis and Final Report

The proposed statistical methods to be used for analysis of the data are:
Dunnett's t test for dam and pup weights, number of fetuses, number of resorption
sites, number of implantation sites and number of corpora lutea; chi-square for
percent abnormalities.  The proposed date for the final report is 2-3 months after
detailed pup examinations have been completed (approximately first quarter, 1981).

10 077938

3MA00326736



15.

Appendix II

Oral Teratology Study of FM-3422 in Rats
List of Principal Participating Personnel

| NAME | FUNCTION |
|------|----------|
| Edwin G. Gortner | Study Director |
| Elden G. Lamprecht | Veterinary Pathologist |
| Cathy E. Ludemann | Coordinator-Histology |
| Gary C. Pecore | Supervisor-Animal Care |
| Loren O. Wiseth | Technician |

10 077939

3MA00326737

Appendix III
STATEMENT OF QUALITY ASSURANCE
10.

STUDY NUMBER:   O68OTROO10

TITLE:   Oral Teratology Study of FM-3422 in Rats

Audits and/or inspections were performed by the Riker Quality Assurance
Unit for the above titled study, and reported to the study director and
to management as follows:

| Date Performed | Date Reported |
|---|---|
| 20 August 1980 | 21 August 1980 |
| 2 September 1980 | 4 September 1980 |
| 20 and 21 January 1981 | 22 January 1981 |
| 22 January 1981 | 22 Janaury 1981 |

J.E. Orterstrom
Laboratory Quality Assurance
Riker Laboratories, Inc.

January 22, 1981
Date

10 077940

3MA00326738

Appendix IV                                    17.

Test and/or Control Article Characterization

for

FM-3422   LOT 784

1. The identity strength, uniformity, composition, purity or other per-
   tinent characterizations of the test and/or control substances have
   been determined and documented as of _MAY 8, 1980_.

2. The method of synthesis or origin of the test and control substances,
   including their amount and the method of bioassay (if applicable) is
   documented.
                           yes _X_ no ____

3. The stability of the test and/or control substances have been deter-
   mined or will be determined as of _Completion of Tox Testing If Necessary_

The above information and documentation are located in the sponsor's re-
cords.

                              _D. Richen_          _5/21/80_
                              Sponsor                Date

10 077941

3MA00326739

16.

Appendix V

Oral Teratology Study of FM-3422 in Rats
Individual and Mean Body Weights of Rats
With Standard Deviations

| Dose Group | Study Day | | | | | |
|---|---|---|---|---|---|---|
| and Rat No. | 3 | 6 | 9 | 12 | 15 | 20 |

0 MG./K.G./DAY

| | | | | | | |
|---|---|---|---|---|---|---|
| NOR 14756 | 204 | 236 | 248 | 276 | 304 | 380 |
| NOR 14757 | 196 | 234 | 242 | 278 | 304 | 371 |
| NOR 14760 | 213 | 250 | 257 | 286 | 310 | 359 |
| NOR 14776 | 184 | 209 | 222 | 243 | 278 | 337 |
| NOR 14777 | 232 | 262 | 274 | 307 | 341 | 426 |
| NOR 14778 | 186 | 219 | 232 | 264 | 297 | 377 |
| NOR 14780 | 226 | 255 | 271 | 300 | 325 | 395 |
| NOR 14796 | 190 | 220 | 232 | 254 | 280 | 341 |
| NOR 15385 | 197 | 231 | 251 | 271 | 301 | 384 |
| NOR 15387 | 188 | 216 | 238 | 264 | 292 | 376 |
| NOR 15388 | 196 | 228 | 254 | 286 | 322 | 400 |
| NOR 15389 | 193 | 222 | 242 | 269 | 293 | 346 |
| NOR 15405 | 184 | 209 | 219 | 225 | 260 | 310 |
| NOR 15406 | 195 | 220 | 240 | 261 | 299 | 371 |
| NOR 15407 | 238 | 267 | 272 | 287 | 312 | 390 |
| NOR 15408 | 239 | 258 | 278 | 306 | 331 | 401 |
| NOR 15409 | 193 | 218 | 240 | 263 | 297 | 379 |
| NOR 15425 | 154 | 171 | 206 | 232 | 255 | 313 |
| | | | | | | |
| MEAN | 200 | 229 | 245 | 271 | 300 | 371 |
| STAN. DEV | 21.8 | 23.4 | 20.0 | 22.1 | 22.6 | 30.7 |

NON PREGNANT ANIMALS

| | | | | | | |
|---|---|---|---|---|---|---|
| NOR 14758 | 212 | 244 | 259 | 273 | 268 | 293 |
| NOR 14759 | 210 | 223 | 228 | 242 | 249 | 264 |
| NOR 14779 | 194 | 222 | 227 | 255 | 243 | 250 |
| NOR 15386 | 192 | 225 | 243 | 244 | 252 | 280 |

10 077942

3MA00326740

1251.0019

19.

Appendix V (Continued)

Oral Teratology Study of FM-3422 in Rats
Individual and Mean Body Weights of Rats
With Standard Deviations

| Dose Group | Study Day | | | | | |
|---|---|---|---|---|---|---|
| and Rat No. | 3 | 6 | 9 | 12 | 15 | 20 |
| 75 MG/KG/DAY | | | | | | |
| 00R 14761 | 215 | 247 | 238 | 255 | 252 | 307 |
| 00R 14762 | 224 | 252 | 218 | 217 | 243 | 321 |
| 00R 14763 | 188 | 211 | 208 | 230 | 246 | 320 |
| 00R 14764 | 193 | 220 | 220 | 245 | 250 | 309 |
| 00R 14765 | 230 | 260 | 267 | 292 | 303 | 384 |
| 00R 14782 | 202 | 233 | 209 | 204 | 210 | 267 |
| 00R 14783 | 207 | 245 | 237 | 264 | 262 | 317 |
| 00R 14785 | 208 | 246 | 249 | 281 | 282 | 370 |
| 00R 14797 | 188 | 214 | 210 | 237 | 225 | 291 |
| 00R 15390 | 176 | 209 | 222 | 226 | 186 | 231 |
| 00R 15391 | 204 | 238 | 228 | 191 | 168 | 0[a] |
| 00R 15392 | 212 | 225 | 233 | 232 | 225 | 285 |
| 00R 15393 | 234 | 252 | 251 | 263 | 265 | 311 |
| 00R 15394 | 194 | 222 | 227 | 237 | 240 | 309 |
| 00R 15410 | 185 | 211 | 215 | 185 | 182 | 260 |
| 00R 15411 | 140 | 221 | 231 | 216 | 237 | 313 |
| 00R 15414 | 219 | 240 | 261 | 255 | 259 | 351 |
| 00R 15426 | 195 | 216 | 243 | 243 | 276 | 368 |
| MEAN | 201 | 231 | 232 | 237[b] | 240[b] | 311[b] |
| STAN. DEV | 22.1 | 16.6 | 17.6 | 28.8 | 35.7 | 40.2 |

NON PREGNANT ANIMALS

| 00R 14781 | 208 | 243 | 208 | 165 | 0 | 0[a] |
| 00R 14784 | 195 | 221 | 194 | 177 | 204 | 229 |
| 00R 15412 | 224 | 245 | 229 | 179 | 149 | 0[a] |
| 00R 15413 | 223 | 241 | 248 | 240 | 242 | 258 |

[a] Rat died
[b] Significantly lower than the control (Dunnett's t test p < 0.05)

10 077943

3MA00326741

1251.0020

20.

Appendix V (Continued)

Oral Teratology Study of FM-3422 in Rats
Individual and Mean Body Weights of Rats
With Standard Deviations

| Dose Group and Rat No. | Study Day | | | | | |
|---|---|---|---|---|---|---|
| | 3 | 6 | 9 | 12 | 15 | 20 |
| **37.5 MG/KG/D** | | | | | | |
| POR 14766 | 183 | 214 | 218 | 237 | 254 | 301 |
| POR 14767 | 209 | 250 | 240 | 269 | 261 | 325 |
| POR 14768 | 208 | 234 | 238 | 264 | 287 | 368 |
| POR 14769 | 218 | 245 | 249 | 273 | 294 | 362 |
| POR 14770 | 212 | 242 | 251 | 280 | 299 | 377 |
| POR 14787 | 187 | 215 | 223 | 256 | 267 | 319 |
| POR 14788 | 176 | 204 | 209 | 226 | 245 | 305 |
| POR 14789 | 197 | 222 | 212 | 234 | 246 | 303 |
| POR 14790 | 192 | 221 | 225 | 251 | 278 | 316 |
| POR 14798 | 196 | 228 | 210 | 236 | 258 | 303 |
| POR 15395 | 182 | 204 | 227 | 240 | 262 | 312 |
| POR 15396 | 191 | 212 | 233 | 235 | 243 | 316 |
| POR 15397 | 217 | 245 | 266 | 282 | 307 | 382 |
| POR 15398 | 231 | 249 | 256 | 269 | 279 | 360 |
| POR 15399 | 189 | 217 | 225 | 237 | 245 | 303 |
| POR 15415 | 205 | 239 | 246 | 269 | 292 | 374 |
| POR 15416 | 210 | 243 | 254 | 270 | 295 | 371 |
| POR 15417 | 222 | 244 | 245 | 257 | 262 | 340 |
| POR 15418 | 196 | 231 | 252 | 267 | 287 | 355 |
| POR 15419 | 240 | 263 | 257 | 246 | 237 | 340 |
| POR 15427 | 192 | 216 | 231 | 238 | 245 | 268 |
| MEAN | 203 | 230 | 237 | 254[b] | 268[b] | 337[b] |
| STAN. DEV | 16.8 | 16.7 | 16.9 | 17.3 | 22.7 | 31.3 |

NON PREGNANT ANIMALS

POR 14786   188   206   213   214   222   226

[b] **Significantly lower than the control (Dunnett's t test p < 0.05)**

10 077944

3MA00326742

1251.0021

21.

Appendix V (Concluded)

Oral Teratology Study of FM-3422 in Rats
Individual and Mean Body Weights of Rats
With Standard Deviations[c]

| Dose Group and Rat No. | Study Day | | | | | |
|---|---|---|---|---|---|---|
| | -3 | 6 | 9 | 12 | 15 | 20 |
| **25 MG/KG/DAY** | | | | | | |
| QOR 14771 | 232 | 261 | 265 | 282 | 295 | 376 |
| QOR 14772 | 212 | 240 | 247 | 263 | 273 | 347 |
| QOR 14773 | 192 | 223 | 228 | 251 | 270 | 322 |
| QOR 14774 | 182 | 210 | 215 | 236 | 256 | 326 |
| QOR 14775 | 202 | 228 | 241 | 269 | 289 | 344 |
| QOR 14791 | 217 | 251 | 263 | 291 | 315 | 389 |
| QOR 14792 | 201 | 229 | 242 | 270 | 292 | 371 |
| QOR 14793 | 221 | 254 | 251 | 281 | 300 | 375 |
| QOR 14794 | 216 | 248 | 264 | 291 | 311 | 376 |
| QOR 14795 | 193 | 223 | 223 | 250 | 276 | 345 |
| QOR 14799 | 187 | 212 | 207 | 236 | 255 | 340 |
| QOR 15400 | 153 | 131 | 201 | 214 | 242 | 317 |
| QOR 15401 | 191 | 217 | 233 | 245 | 269 | 346 |
| QOR 15402 | 206 | 238 | 255 | 269 | 297 | 394 |
| QOR 15403 | 179 | 212 | 220 | 228 | 247 | 311 |
| QOR 15404 | 192 | 229 | 254 | 274 | 308 | 392 |
| QOR 15420 | 214 | 241 | 250 | 262 | 291 | 367 |
| QOR 15421 | 183 | 207 | 219 | 234 | 255 | 364 |
| QOR 15422 | 185 | 216 | 231 | 260 | 280 | 361 |
| QOR 15423 | 228 | 253 | 262 | 257 | 282 | 365 |
| QOR 15424 | 227 | 257 | 259 | 280 | 302 | 376 |
| **MEAN** | 201 | 228 | 240 | 259 | 281 | 355 |
| **STAN. DEV** | 19.8 | 28.0 | 19.9 | 21.3 | 21.6 | 27.3 |

NON PREGNANT ANIMALS

| QOR 15428 | 196 | 225 | 231 | 234 | 236 | 271 |

[c] **Means not significantly different from control
(Dunnett's t test p < 0.05)**

10 077945

3MA00326743

22.

## Appendix VI

### Oral Teratology Study of FM-3422 in Rats
### Individual Litter Data With Mean Fetus Weights

| Dose Group and Rat No. | VIABLE FETUSES M | F | TOTAL | DEAD FETUSES | RESORPTION SITES | IMPLANTATION SITES | CORPORA LUTEA | MEAN FETUS WTG AVG | M | F |
|---|---|---|---|---|---|---|---|---|---|---|
| 0 mg/kg/day | | | | | | | | | | |
| DOR 15385 | 4 | 7 | 11 | 0 | 0 | 11 | 7 | 3.3 | 3.3 | 3.4 |
| DOR 15386 | NOT PREGNANT | | | | | | | | | |
| DOR 15387 | 4 | 8 | 12 | 0 | 0 | 12 | 11 | 3.7 | 3.8 | 3.6 |
| DOR 15388 | 3 | 8 | 11 | 0 | 1 | 12 | 10 | 4.5 | 4.8 | 4.4 |
| DOR 15389 | 1 | 3 | 4 | 0 | 0 | 4 | 6 | 4.4 | 4.5 | 4.4 |
| DOR 15405 | 3 | 3 | 6 | 0 | 4 | 10 | 8 | 4.1 | 4.5 | 3.8 |
| DOR 15406 | 3 | 6 | 9 | 0 | 2 | 11 | 10 | 4.5 | 4.4 | 4.5 |
| DOR 15407 | 3 | 6 | 9 | 0 | 0 | 9 | 11 | 4.1 | 4.3 | 4.1 |
| DOR 15408 | 4 | 5 | 9 | 0 | 0 | 9 | 12 | 4.8 | 4.7 | 4.9 |
| DOR 15409 | 3 | 7 | 10 | 0 | 0 | 10 | 10 | 4.2 | 4.3 | 4.2 |
| DOR 15425 | 3 | 4 | 7 | 0 | 0 | 7 | 7 | 4.9 | 5.0 | 4.9 |
| DOR 14756 | 4 | 7 | 11 | 0 | 0 | 11 | 11 | 4.2 | 4.5 | 4.0 |
| DOR 14757 | 2 | 6 | 8 | 0 | 1 | 9 | 9 | 4.4 | 4.4 | 4.4 |
| DOR 14758 | NOT PREGNANT | | | | | | | | | |
| DOR 14759 | NOT PREGNANT | | | | | | | | | |
| DOR 14760 | 1 | 2 | 3 | 0 | 1 | 4 | 8 | 4.7 | 4.5 | 4.7 |
| DOR 14776 | 3 | 7 | 10 | 0 | 0 | 10 | 12 | 4.2 | 4.3 | 4.1 |
| DOR 14777 | 7 | 6 | 13 | 0 | 1 | 14 | 14 | 4.0 | 4.0 | 3.9 |
| DOR 14778 | 7 | 4 | 11 | 0 | 0 | 11 | 11 | 5.1 | 5.2 | 4.8 |
| DOR 14779 | NOT PREGNANT | | | | | | | | | |
| DOR 14780 | 4 | 4 | 8 | 0 | 1 | 9 | 11 | 5.5 | 5.7 | 5.3 |
| DOR 14796 | 5 | 4 | 9 | 0 | 1 | 10 | 11 | 3.9 | 3.8 | 3.9 |

10 077946

3MA00326744

23.

Appendix VI (Continued)

Oral Teratology Study of FM-3422 in Rats

Individual Litter Data With Mean Fetus Weights

| Dose Group and Rat No. | VIABLE FETUSES M | F | TOTAL | DEAD FETUSES | RESORPTION SITES | IMPLANTATION SITES | CORPRH LUTEA | MEAN FETUS WT(G) AVG | M | F |
|---|---|---|---|---|---|---|---|---|---|---|
| 5 mg/kg/day | | | | | | | | | | |
| DOF 15290 | 4 | 3 | 7 | 0 | 2 | 9 | 9 | 2.8 | 2.9 | 2.6 |
| DOF 15291 | DEAD | | | | | | | | | |
| DOF 15292 | 6 | 3 | 9 | 0 | 1 | 10 | 9 | 3.5 | 3.4 | 3.5 |
| DOF 15293 | 2 | 4 | 6 | 0 | 1 | 7 | 6 | 3.6 | 3.5 | 3.6 |
| DOF 15394 | 4 | 5 | 9 | 0 | 1 | 10 | 9 | 3.6 | 3.7 | 3.4 |
| DOF 15410 | 5 | 3 | 8 | 0 | 0 | 8 | 8 | 3.5 | 3.5 | 3.6 |
| DOF 15411 | 4 | 7 | 11 | 0 | 0 | 11 | 12 | 3.4 | 3.7 | 3.3 |
| DOF 15412 | DEAD | | | | | | | | | |
| DOF 15413 | NOT PREGNANT | | | | | | | | | |
| DOF 15414 | 2 | 11 | 13 | 1 | 0 | 14 | 14 | 4.1 | 3.9 | 4.1 |
| DOF 15426 | 5 | 7 | 12 | 0 | 0 | 12 | 12 | 4.2 | 4.4 | 4.1 |
| DOF 14761 | 8 | 2 | 10 | 0 | 0 | 10 | 12 | 3.4 | 3.4 | 3.3 |
| DOF 14762 | 8 | 4 | 12 | 0 | 0 | 12 | 11 | 3.3 | 3.3 | 3.3 |
| DOF 14763 | 8 | 2 | 10 | 0 | 1 | 11 | 11 | 3.7 | 3.8 | 3.1 |
| DOF 14764 | 5 | 4 | 9 | 0 | 0 | 9 | 9 | 3.6 | 3.5 | 3.6 |
| DOF 14765 | 7 | 4 | 11 | 0 | 1 | 12 | 13 | 4.1 | 4.1 | 4.1 |
| DOF 14781 | DEAD | | | | | | | | | |
| DOF 14782 | 6 | 5 | 11 | 0 | 0 | 11 | 11 | 3.3 | 3.5 | 3.1 |
| DOF 14783 | 1 | 5 | 6 | 0 | 1 | 7 | 8 | 4.7 | 5.3 | 4.6 |
| DOF 14784 | NOT PREGNANT | | | | | | | | | |
| DOF 14785 | 7 | 4 | 11 | 0 | 1 | 12 | 13 | 4.4 | 4.3 | 4.5 |
| DOF 14797 | 5 | 7 | 12 | 0 | 0 | 12 | 11 | 3.8 | 3.9 | 3.8 |

10 077947

3MA00326745

24.

Appendix VI (Continued)

Oral Teratology Study of FM-3422 in Rats

Individual Litter Data With Mean Fetus Weights

| Dose Group and Rat No. | VIABLE FETUSES M | F | TOTAL | DEAD FETUSES | RESORPTION SITES | IMPLANTATION SITES | CORPRA LUTEA | MEAN FETUS WT (G) AVG | M | F |
|---|---|---|---|---|---|---|---|---|---|---|
| **37.5 mg/kg/day** | | | | | | | | | | |
| POR 15395 | 4 | 5 | 9 | 0 | 0 | 9 | 9 | 3.7 | 3.9 | 3.5 |
| POR 15396 | 3 | 5 | 8 | 0 | 0 | 8 | 9 | 3.6 | 3.8 | 3.5 |
| POR 15397 | 5 | 6 | 11 | 0 | 0 | 11 | 10 | 4.3 | 4.5 | 4.2 |
| POR 15398 | 3 | 8 | 11 | 0 | 1 | 12 | 11 | 4.1 | 4.4 | 3.9 |
| POR 15399 | 3 | 5 | 8 | 0 | 2 | 10 | 8 | 4.0 | 4.3 | 3.8 |
| POR 15415 | 6 | 6 | 12 | 0 | 1 | 13 | 13 | 3.9 | 4.0 | 3.8 |
| POR 15416 | 9 | 3 | 12 | 0 | 0 | 12 | 11 | 3.8 | 3.8 | 3.8 |
| POR 15417 | 8 | 3 | 11 | 0 | 0 | 11 | 11 | 4.2 | 4.3 | 4.1 |
| POR 15418 | 2 | 8 | 10 | 0 | 1 | 11 | 12 | 4.7 | 5.0 | 4.6 |
| POR 15419 | 6 | 8 | 14 | 0 | 0 | 14 | 14 | 3.9 | 4.1 | 3.6 |
| POR 14766 | 5 | 3 | 8 | 0 | 3 | 11 | 13 | 3.7 | 3.8 | 3.5 |
| POR 14767 | 4 | 2 | 6 | 0 | 2 | 8 | 8 | 4.0 | 4.1 | 3.9 |
| POR 14768 | 3 | 8 | 11 | 0 | 0 | 11 | 11 | 3.8 | 3.9 | 3.7 |
| POR 14769 | 5 | 4 | 9 | 0 | 0 | 9 | 9 | 4.0 | 4.0 | 3.9 |
| POR 14770 | 5 | 4 | 9 | 0 | 1 | 10 | 10 | 4.1 | 4.3 | 3.9 |
| POR 14786 | NOT | PREGNANT | | | | | | | | |
| POR 14787 | 4 | 5 | 9 | 0 | 0 | 9 | 10 | 4.1 | 4.2 | 4.1 |
| POR 14788 | 4 | 7 | 11 | 0 | 1 | 12 | 12 | 4.4 | 4.3 | 4.4 |
| POR 14789 | 1 | 8 | 9 | 0 | 1 | 10 | 11 | 3.6 | 3.8 | 3.5 |
| POR 14790 | 1 | 7 | 8 | 0 | 1 | 9 | 11 | 4.4 | 4.1 | 4.5 |
| POR 14798 | 7 | 2 | 9 | 0 | 0 | 9 | 8 | 4.3 | 4.3 | 4.0 |

10 077948

3MA00326746