**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| IN RE: HOOSICK FALLS PFOA CASES | Case No. 1:19-mc-00018-LEK-DJS |
| MICHELE BAKER, individually and on behalf of all others similarly situated, | |
| *Plaintiffs*, | Case No. 1:16-CV-00917-LEK-DJS |
| v. | |
| SAINT-GOBAIN PERFORMANCE PLASTICS CORP., and HONEYWELL INTERNATIONAL INC. f/k/a ALLIED-SIGNAL INC. and/or ALLIED SIGNAL LAMINATE SYSTEMS, INC., E.I. DUPONT DE NEMOURS AND COMPANY, INC., and 3M CO., | |
| *Defendants*. | |

**NOTICE OF E.I. DUPONT DE NEMOURS AND COMPANY'S MOTION FOR RECONSIDERATION OF THE COURT'S SEPTEMBER 30, 2022 MEMORANDUM-ORDER AND DECISION**

**PLEASE TAKE NOTICE** that upon the accompanying the Memorandum of Law in Support of Defendant, E.I. DuPont de Nemours and Company's ("DuPont") Motion for Reconsideration of the Court's September 30, 2022 Memorandum-Decision and Order (Dkt. No. 324) pursuant to Local Rule 60.1,  Defendant DuPont will move this Court, before the Honorable Lawrence E. Kahn, in the United States District Court, Northern District of New York, James T. Foley Courthouse, 4445 Broadway, Albany New York, 12207 on November 18, 2022 at 9:30 a.m., for reconsideration and of  the Court's Memorandum-Decision and Order and for the issuance of a corrected order addressing the errors set forth herein.

Dated:  March 24, 2020

Respectfully submitted,

**CAPEZZA HILL, LLP**

**BENJAMIN W. HILL, ESQ.**
Bar Roll No.: 514953
*Attorneys for Defendant Liam Stander*
30 South Pearl Street, P-110
Albany, NY 12207
518-478-6065
Ben@capezzahill.com