UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| *IN RE* HOOSICK FALLS PFOA CASES | No. 19-MC-18 (LEK/DJS) |
| MICHELE BAKER, *et al.*, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>SAINT-GOBAIN PERFORMANCE PLASTICS CORP., HONEYWELL INTERNATIONAL INC. f/k/a ALLIED-SIGNAL INC. and/or ALLIEDSIGNAL LAMINATE SYSTEMS, INC., E. I. DUPONT DE NEMOURS AND COMPANY and 3M CO.,<br><br>Defendants. | No. 16-CV-917 (LEK/DJS) |

**NOTICE OF WITHDRAWAL OF E.I. DUPONT DE NEMOURS AND COMPANY'S MOTION FOR RECONSIDERATION OF THE COURT'S SEPTEMBER 30, 2022 MEMORANDUM-ORDER AND DECISION**

Defendant E.I. du Pont de Nemours and Company ("DuPont") hereby withdraws its Motion for Reconsideration of the Court's September 30, 2022 Memorandum-Order and Decision [Dkt. No. 327], without prejudice to and preserving its right to seek review of the errors set forth therein and all other errors contained in the Court's September 30, 2022 Memorandum-Order and Decision [Dkt. No. 324] through all other appropriate procedural means. DuPont continues to oppose Plaintiffs' Cross Motion for Leave to Amend [Dkt. No. 331-3] for the reasons set forth in DuPont's Reply in Support of Its Motion for Reconsideration and Opposition to Plaintiffs' Cross Motion For Leave To Amend [Dkt. No. 333].

Dated: November 2, 2022

Respectfully submitted,

                                        **CAPEZZA HILL, LLP**

                                        */s/ Benjamin W. Hill*

                                        **BENJAMIN W. HILL, ESQ.**
Bar Roll No.: 514953
*Attorneys for Defendant E.I. du Pont*
30 South Pearl Street, P-110
Albany, NY 12207
518-478-6065
Ben@capezzahill.com